1159

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK
2

3    - - - - - - - - - - - - - - X

4    UNITED STATES OF AMERICA,    :    18-CR-684(ENV)

5              Plaintiff,         :
                                       United States Courthouse
6         -against-               :    Brooklyn, New York

7    ELGIN BRACK,                 :
                                       March 12, 2020
8              Defendant.         :    11:45 o'clock a.m.

9    - - - - - - - - - - - - - - X

10
                    TRANSCRIPT OF TRIAL
11         BEFORE THE HONORABLE ERIC N. VITALIANO
           UNITED STATES DISTRICT JUDGE, and a jury.
12

13   APPEARANCES:

14
     For the Government:          RICHARD P. DONOGHUE
15                                United States Attorney
                                  BY: PHILIP A. SELDEN
16                                    JONATHAN SIEGEL
                                      JONATHAN LAX
17                                Assistant United States Attorneys
                                  271 Cadman Plaza East
18                                Brooklyn, New York

19
     For the Defendant:           JOEL M. STEIN, ESQ.
20
                                  GARY FARRELL, ESQ.
21

22   Court Reporter:              Charleane M. Heading
                                  225 Cadman Plaza East
23                                Brooklyn, New York
                                  (718) 613-2643
24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.


           CMH      OCR      RMR      CRR      FCRR

1          (In open court; outside the presence of the jury.)

2          THE CLERK:  The Honorable Eric N. Vitaliano

3 presiding.

4          The case on the calendar is USA v. Elgin Brack, Case

5 Number 18-CR-684, on for a jury trial.

6          Will the attorneys please note their appearance

7 beginning with government counsel.

8          MR. SELDEN:  Good morning, Your Honor.  On behalf of

9 the United States, Assistant United States Attorney Phil

10 Selden.  I'm joined at counsel table by Assistant United

11 States Attorney Jonathan Siegel and Assistant United States

12 Attorney Jonathan Lax.  Good morning.

13          THE COURT:  Good morning all.

14          MR. STEIN:  Good morning, Your Honor.  Joel Stein

15 for Elgin Brack.

16          MR. FARRELL:  And Gary Farrell also for Mr. Brack.

17          THE COURT:  Good morning.

18          Good morning.

19          THE CLERK:  Counsel for both sides are present

20 including the defendant.

21          THE COURT:  Good morning, Mr. Brack.

22          THE DEFENDANT:  Good morning.

23          THE COURT:  Any housekeeping before we turn to

24 satisfying jury requests?

25          MR. SELDEN:  I think we've addressed several of the

1  jury requests, Your Honor, with regards to counsel for

2  Mr. Brack, but there are a few points of discussion that we'd

3  like to raise.

4      As an initial matter, the parties don't appear to

5  have any additions or subtractions to the government's

6  proposed transcript for Mr. Deleon.  We have one copy of that

7  transcript and it's my understanding Your Honor typically

8  sends back one copy.

9      THE COURT:  One copy.  Everybody works at the same

10  time off the same thing.

11     MR. SELDEN:  Exactly.

12     Your Honor, relating to that, the government has a

13  copy of Government's Exhibits 130 through 132 that were

14  associated with that transcript as well as 135.  135 is the

15  notepad.  We wanted to, just out of an abundance of caution,

16  make sure those things had gone back.  So there was no

17  objection of Mr. Farrell sending those items back.

18     With regards to Mr. Deleon, we think there is

19  nothing really more to discuss on the government's side of the

20  house.  With regards to Mr. Brack's transcript, we have agreed

21  to the proposed redactions by both sides.  We have three pages

22  that we're just updating and that those redactions we believe

23  will be incorporated shortly and they can be done during the

24  pendency of when the jury is actually watching the videos.

25     In terms of the videos, we are in agreement with

1162

1    regards to the particular videos and we've decided to cue up

2    the videos with regard to certain videos will play in their

3    entirety and certain videos, because they have downtime in

4    them with no actual case related evidence.  We refer to

5    starting Government's Exhibit 402H at minute 1:20 and go to

6    the end of that video.  It avoids having to watch potentially

7    minutes and/or sort of extra time that the jury might not be

8    interested in.  If they come back and feel they would like to

9    watch that downtime, I think the parties are happy to do that.

10            Relating to the actual videos being played, the

11   government's proposal is that the jurors be instructed that

12   they should be allowed to, with a notepad -- for example, if

13   they wanted to pause a video, we will note each video that

14   we're playing, we will note the time that we're playing, for

15   example, we are starting Government's Exhibit 402H at minute

16   1:20 and we are playing this to the end.  That way, the jury

17   can actually note if they wanted to follow up, for example,

18   Your Honor, I'd like to watch Government's Exhibit 402H and

19   we'd like to pause at second, and they would insert the

20   second.  That way, we're not having an interactive colloquy

21   with the jury, obviously, in the courtroom, but they could be

22   allowed to pause if they want.

23            So our proposal would be to allow them to have a

24   notepad and that they would be able to do that if that is

25   something that the Court normally does.

1    THE COURT:  They would write it down and then we

2  would re-cue the video, is that what you're saying?

3    MR. SELDEN:  Essentially, our concern is that the

4  jury might watch a video and while they're not allowed to say,

5  well, Your Honor, I have a question about that video, I want

6  to talk to my fellow jurors about that video, or, you know,

7  can we pause it at second 5 of the video, they would at least

8  be, by Your Honor's admonishment, told that, listen, we're

9  going to play some videos and if you're interested in pausing

10  the videos at any time, you'll have the notepad in front of

11  you.  You should not pass the note to us here in the courtroom

12  but if you do want to pause the audio, you can go back in the

13  jury room and sort of do that, if you like.

14    Our other request that we would ask is that the

15  lights be briefly dimmed for these videos.  We think it would

16  be helpful for the jury to be able to see.  And then finally

17  the --

18    THE COURT:  While they write notes though?

19    MR. SELDEN:  It's part of the challenge, Your Honor.

20    THE COURT:  That's a challenge I fail all the time

21  though.

22    MR. SELDEN:  Thank you, Your Honor.

23    And in part, the government would also ask because

24  during the testimony, there were periods where in the

25  government's case in chief we played certain videos several

1    times.  We played them several times because the facts and

2    circumstances of this case involve a brief set of

3    interactions, albeit those interactions were significant, a

4    brief set of interactions.

5         The government's proposal would be we would play

6    these videos for the jury, each video three times.  It would

7    allow them the opportunity hopefully to avoid having to send

8    us back notes and say, Please come back, we'd like to watch a

9    video again.  It really would, in our mind, expedite the

10   process to let them at least see them not just once.

11        THE COURT:  You're talking about each of the videos

12   you show, playing them three times apiece?

13        MR. SELDEN:  Yes, Your Honor.

14        THE COURT:  So there will be no distinction as

15   between one video and another; that one is played once and the

16   other one is played three times?

17        MR. SELDEN:  Exactly, Your Honor.

18        MR. STEIN:  Judge, we're opposed to that.  The jury

19   didn't specify that.  If they want to see another video, a

20   particular video more than once, then they can ask for it.

21        THE COURT:  Yes.  I think that seems to be belt and

22   suspenders, Mr. Selden.  I do agree with the idea of letting

23   them take a note, write notes, because I think we can tell

24   them that they can, that's for their note-taking, for

25   discussion when they go back into the jury room.  And if they

1165

1  want to see videos again, to be as specific as they can as to

2  which video they want to see.

3         So we'll have William advise the marshal before they

4  bring the jury out that the jury may bring notepads from the

5  jury room with them if they so desire.

6         THE CLERK: Okay.

7         THE COURT: Are we otherwise ready for the jury?

8         MR. FARRELL: Yes, Your Honor. From the defense

9  point of view, we're certainly ready.

10        THE COURT: Nothing else from the government?

11        MR. SELDEN: Your Honor, just to clarify, before

12  each video, we just want to make clear that the government's

13  proposal would be Mr. Siegel would actually announce the

14  video --

15        THE COURT: Yes.

16        MR. SELDEN: -- by exhibit number and then what time

17  is going to be played just so that it's clear for the jury.

18        THE COURT: If you have both the beginning and the

19  ending time, that would be helpful as well.

20        Do you have that on your list, Mr. Siegel?

21        MR. SIEGEL: Yes, Your Honor.

22        THE COURT: So they'll know what to expect.

23        MR. SELDEN: Your Honor --

24        THE COURT: And if the downtime is taken out of it,

25  if you know how long in running time, you know, 10 seconds,

1  40 seconds, 1 minute and 2 seconds, you can announce that as

2  well, Mr. Siegel.

3           MR. SIEGEL:  Thank you, Your Honor.

4           MR. SELDEN:  Your Honor, there was one additional

5  request in the jurors' note with regards to adjusted time.

6  One interpretation to that is adjusting the time of the

7  relevant actions.  Another interpretation is the adjusted time

8  based on the qualification that is in Government's S-9.

9           THE COURT:  I'm going to interpret it as that it is

10  what Mr. Siegel read as part of the stipulation.

11           MR. SELDEN:  Thank you, Your Honor.

12           MR. SIEGEL:  So, Your Honor, will you just refer

13  them to S-9 for the adjustments?

14           THE COURT:  Correct.

15           MR. SIEGEL:  Thank you.

16           THE COURT:  And, again, that's what we sent into

17  them yesterday, right?  We thought they had had it and they

18  didn't have it, is that the one?

19           MR. SELDEN:  Yes, Your Honor.  And we think they

20  might have it in the back of their binder.  That's where it

21  might be.  It might not be clear to them.  In any event, yes,

22  that is the S-9.

23           There's nothing further from the government

24  housekeeping-wise.  Thank you.

25           THE COURT:  Okay.  Then William will advise the

1167

1    marshal and then when they're ready, bring them in.

2           THE COURT:  Both transcripts will go back at the

3    same time, is that it?

4           MR. SELDEN:  That's our proposal, Your Honor.

5           THE COURT:  You believe you'll be ready when the

6    jury comes back?

7           MR. SELDEN:  Whether or not it's right as they're

8    walking back or shortly thereafter, maybe a minute or two

9    afterwards, Your Honor.  We're having the extra transcript

10   brought over now.

11          THE COURT:  Okay.

12          MR. SELDEN:  Thank you.

13          (Jury enters at 12:05 p.m.)

14          THE COURT:  Be seated, please.

15          Counsel will stipulate that the jury is present and

16   properly seated.

17          MR. SELDEN:  On behalf of the government, yes,

18   Your Honor.

19          MR. STEIN:  Yes, Judge.

20          THE COURT:  Thank you, Counsel.

21          Ladies and gentlemen, good day.  It's good to have

22   you back.  We think we're in a position now.  We almost have

23   the transcripts all up to snuff so we'll be sending them in as

24   soon as possible after you return to the jury room but we are

25   ready to address the issue of playing the tapes.

1168

1    You were advised you could bring a notepad if you
2    want to sort of jot things down and for use when you, not
3    here, for use not to discuss things in the jury box in front
4    of all of us, but to help facilitate your discussions of, of
5    the videotapes when you return to the jury room.  Also, to the
6    extent that you want to see something again, it will be
7    helpful to keep in mind the exhibit number and try to be very
8    precise in your request for any replays so we can avoid
9    showing all of the tapes and go directly, save some time and
10   go directly to the tape that members of the jury or tapes that
11   members the jury want to see replayed.
12        With respect to the adjustments for time, they're
13   laid out in that stipulation, Government's S-9.  So you can
14   consult that stipulation with respect to any of the tapes and
15   you have will be able to make a computation as to whether the,
16   first identify whether it's in real time and, secondly, if
17   it's not, what the adjustment factor is:
18        So with that, we are ready to play the videotapes
19   for you.  William is going to dim the lights so you're going
20   to have to get close to your notepad if you want to take notes
21   and hopefully everything will go smoothly but, you know,
22   electronics are electronics and this courtroom tends to be a
23   challenge so we will hope for the best.
24        Mr. Siegel, you're the one tasked with this?
25        MR. SIEGEL:  Yes.  Thank you, Your Honor.

1169

1  Your Honor, I'm going to begin with Government

2  Exhibit 402A and we are going to play that entire video.

3  THE COURT:  Do you know how long it is, running

4  time, Mr. Siegel?  Is that data that you have?  You either

5  have it or don't have it.

6  (Video played.)  (Video stopped.)

7  MR. SIEGEL:  It was just a few seconds long.  I just

8  played it, 8 seconds long.

9  (Video played.)  (Video stopped.)

10  MR. SIEGEL:  Government Exhibit 402A.

11  I'm now going to play Government Exhibit 402B which

12  is also 8 seconds long.

13  (Video played.)  (Video stopped.)

14  MR. SIEGEL:  I'm now going to play 402C which is

15  1 minute and 11 seconds.

16  (Video played.)  (Video stopped.)

17  MR. SIEGEL:  Your Honor, I'm now going to play 402H.

18  402H is 1 minute and 28 seconds long.  I'm going to start at

19  1 minute and 20 seconds into the video and go to the end.

20  (Video played.)  (Video stopped.)

21  MR. SIEGEL:  Your Honor, I am now going to play

22  Government Exhibit 402I which is 24 seconds long.  I'm going

23  to start at second 15 of the video and play until the end.

24  (Video played.)  (Video stopped.)

25  MR. SIEGEL:  Your Honor, I'm now going to play 408A

1170

1    which is 14 seconds long.

2            (Video played.)    (Video stopped.)

3            MR. SIEGEL:  Your Honor, I'm next going to play 408B

4    which is 28 seconds long.

5            (Video played.)  (Video stopped.)

6            MR. SIEGEL:  Your Honor, I'm going to play 408C

7    which is ten seconds long.

8            (Video played.)  (Video stopped.)

9            MR. SIEGEL:  Your Honor, I'll now play 408D which is

10   8 seconds long.

11           (Video played.)  (Video stopped.)

12           MR. SIEGEL:  Your Honor, I'm now going to play 408E.

13   408E is 8 minutes and 20 seconds long, however, I'm going to

14   start the video at 2 minutes and 20 seconds into the video and

15   I'm going to stop it at approximately 7 minutes and 2 seconds

16   into the video.

17           (Video played.)  (Video stopped.)

18           MR. SIEGEL:  Your Honor, I'm now going to play

19   Government Exhibit 411A.  That is a 2 minute and 58 second

20   video.  I'm going to play it in two parts.  First, I'm going

21   to play from 15 seconds to 26 seconds.  And then I'm going to

22   play from 2 minute and 10 seconds to 2 minutes and 25 seconds.

23           (Video played.)  (Video stopped.)

24           MR. SIEGEL:  Your Honor, I'm now going to play

25   Government Exhibit 411B which is a 2 minute and 59 second

1171

1   video.  I'm going to play it again in two parts, first from

2   20 seconds to 33 seconds and then from 1 minute and 7 seconds

3   to 2 minutes and 25 seconds.

4             (Video played.) (Video stopped.)

5             MR. SIEGEL:  Your Honor, I'm now going to play 411C,

6   Government Exhibit 411C, which is a 2 minute and 58 second

7   video.  I'm going to play it first from 25 seconds to

8   33 seconds and then the segment from 1 minute and 5 seconds to

9   1 minute and 15 seconds.

10             (Video played.)  (Video stopped.)

11             MR. SIEGEL:  Your Honor, I'm now going to play

12   Government Exhibit 414A and I'm going to play that which is a

13   28 second video and I'm going to play that from 10 seconds to

14   the end.

15             (Video played.)  (Video stopped.)

16             MR. SIEGEL:  Your Honor, I'm going to play

17   Government Exhibit 414B.  That is 1 minute and 35 seconds

18   long.  I'm going to play it from the start until 45 seconds in

19   at which point I will stop.

20             (Video played.)  (Video stopped.)

21             MR. SIEGEL:  Your Honor, I will now play 417A.  That

22   is a 45 second video.  I'm going to play the entire video.

23             (Video played.)  (Video stopped.)

24             MR. SIEGEL:  Your Honor, I will now play Government

25   Exhibit 417B which is a 36 second video and I will play the

1172

1  entire video.

2         (Video played.)   (Video stopped.)

3         MR. SIEGEL:  Now, Your Honor, I will play Government

4  Exhibit 421 which is 43 seconds long and I will play the

5  entire video.

6         (Video played.)   (Video stopped.)

7         MR. SIEGEL:  Thank you, Your Honor.  That's all the

8  videos.

9         THE COURT:  Very good, Mr. Siegel.

10        All right.  Ladies and gentlemen, that completes the

11 videos.  I'll let you go back into the jury room to continue

12 your deliberations.  Lunch we expect around 1 o'clock so you

13 can lunch and deliberate at the same time.

14        We will await your next note.  If you need anything

15 more, please follow the process.  You seem to have gotten it

16 down very well yesterday.  We will be sending in the

17 transcripts of Mr. Deleon and Mr. Brack as soon as they're

18 completed.

19        Again, we thank you for your attentiveness,

20 sacrifice and continued cooperation.  See you at your next

21 note.

22        (Jury exits at 12:30 p.m.)

23        THE COURT:  When the transcript is ready, you can

24 hand them to William when he returns and they'll go in.

25        MR. SELDEN:  Thank you, Your Honor.

1173

1     THE COURT:  Otherwise, stay in touch with William

2  and wait for the next note.

3     (Court is in recess awaiting verdict of the jury.)

4

5     (In open court; outside the presence of the jury.)

6     THE CLERK:  Counsel for both sides are present

7  including the defendant.

8     THE COURT:  All right.  The marshal advises they've

9  provided us with a note that the Clerk has marked as Court's

10  Exhibit 6 and the deputy clerk will read it into the record.

11     THE CLERK:  "Your Honor, we the jurors have a

12  verdict."

13     THE COURT:  All right.  We will summon the jury and

14  take their verdict.

15     In the interim, we received another note which is

16  now marked as Court's Exhibit 7.

17     THE CLERK:  "Your Honor, do you need the verdict

18  sheet?  We have a verdict."

19     THE COURT:  Yes, we do need the verdict sheet and

20  I'll tell them to bring it in with them.

21     (Jury enters at 2:40 p.m.)

22     THE COURT:  Be seated, please.

23     Counsel will stipulate that the jury is present and

24  properly seated.

25     MR. SELDEN:  On behalf of the government, yes,

1174

1 Your Honor.

2          MR. STEIN:  Yes, Judge.

3          THE COURT:  Thank you, Counsel.

4          Ladies and gentlemen, we know from your note that

5 you have indicated to us you reached a verdict.  I'm going to

6 ask the foreperson to hand the verdict sheet to the deputy

7 clerk.

8          (Pause.)

9          THE COURT:  The jury has answered all questions that

10 need to be answered and the deputy clerk will return the

11 verdict sheet to the foreperson and take the verdict.

12          THE CLERK:  Please stand.

13          Count One:  Hobbs Act robbery conspiracy.

14          As to Count One of the indictment, how do you find

15 defendant Elgin Brack, guilty or not guilty?

16          THE FOREPERSON:  Guilty.

17          THE CLERK:  Count Two:  Attempted Hobbs Act robbery.

18          As to Count Two of the indictment, how do you find

19 defendant Elgin Brack, guilty or not guilty?

20          THE FOREPERSON:  Guilty.

21          THE CLERK:  Count 3:  Possessing, brandishing and

22 discharging a firearm during a crime of violence.

23          One:  Do you find that the government has proven

24 beyond a reasonable doubt that the firearm was possessed by

25 defendant Elgin Brack during and in relation to the crime

1175

1    charged in Count Two?  Yes or no.

2              THE FOREPERSON:  Yes.

3              THE CLERK:  Do you find that the government has

4    proven beyond a reasonable doubt that a firearm was brandished

5    by defendant Elgin Brack during and in relation to the crime

6    charged in Count Two?  Yes or no.

7              THE FOREPERSON:  Yes.

8              THE CLERK:  Three:  Do you find that the government

9    has proven beyond reasonable doubt that a firearm was

10   discharged by defendant Elgin Brack during and in relation to

11   the crime charged in Count Two?  Yes or no.

12             THE FOREPERSON:  Yes.

13             THE CLERK:  Count Four:  Hobbs Act robbery.

14             As to County Four of the indictment, how do you find

15   defendant Elgin Brack, guilty or not guilty?

16             THE FOREPERSON:  Guilty.

17             THE CLERK:  Count Five:  Possessing and brandishing

18   a firearm during a crime of violence.

19             One:  Do you find that the government has proven

20   beyond a reasonable doubt that a firearm was possessed by

21   defendant Elgin Brack during and in relation to the crime

22   charged in Count Four?  Yes or no.

23             THE FOREPERSON:  Yes.

24             THE CLERK:  Two:  Do you find that the government

25   has proven beyond a reasonable doubt that a firearm was

1176

1    brandished by defendant Elgin Brack during and in relation to

2    the crime charged in Count Four?  Yes or no.

3              THE FOREPERSON:  Yes.

4              THE CLERK:  Count Six, Hobbs Act robbery.

5              As to Count Six of the indictment, how do you find

6    defendant Elgin Brack, guilty or not guilty?

7              THE FOREPERSON:  Guilty.

8              THE CLERK:  Count Seven:  Possessing and brandishing

9    a firearm during a crime of violence.

10             One:  Do you find that the government has proven

11   beyond a reasonable doubt that a firearm was possessed by

12   defendant Elgin Brack during and in relation to the crime

13   charged in Count Six?  Yes or no.

14             THE FOREPERSON:  Yes.

15             THE CLERK:  Two:  Do you find that the government

16   has proven beyond a reasonable doubt that a firearm was

17   brandished by defendant Elgin Brack during and in relation to

18   the crime charged in Count Six?  Yes or no.

19             THE FOREPERSON:  Yes.

20             THE CLERK:  Count Eight.  Hobbs Act Robbery.

21             As to Count Eight of the indictment, how do you find

22   defendant Elgin Brack, guilty or not guilty?

23             THE FOREPERSON:  Guilty.

24             THE CLERK:  Count Nine:  Possessing and brandishing

25   a firearm during a crime of violence.

1177

1          One:  Do you find that the government has proven

2   beyond a reasonable doubt that a firearm was possessed by

3   defendant Elgin Brack during and in relation to the crime

4   charged in Count Eight?  Yes or no.

5          THE FOREPERSON:  Yes.

6          THE CLERK:  Two:  Do you find that the government

7   has proven beyond a reasonable doubt that a firearm was

8   brandished by defendant Elgin Brack during and in relation to

9   the crime charged in Count Eight?  Yes or no.

10          THE FOREPERSON:  Yes.

11          THE CLERK:  Thank you.

12          THE COURT:  Does either side wish the jury polled

13   with respect to any counts?

14          MR. STEIN:  Yes, Judge, as to all counts.

15          THE COURT:  All counts.  The Deputy Clerk will poll

16   the jury.

17          THE CLERK:  As to Count One of the indictment, how

18   do you find defendant Elgin Brack, guilty or not guilty?  Your

19   verdict was guilty.

20          Juror Number One, is that your verdict?

21          JUROR NUMBER ONE:  Yes.

22          THE CLERK:  Juror Number Two, is that your verdict?

23          JUROR NUMBER TWO:  Yes.

24          THE CLERK:  Juror Number Three, is that your

25   verdict?

1178

1    JUROR NUMBER THREE:  Yes.

2    THE CLERK:  Juror Number Four, is that your verdict?

3    JUROR NUMBER FOUR:  Yes.

4    THE CLERK:  Juror Number Five, is that your verdict?

5    JUROR NUMBER FIVE:  Yes.

6    THE CLERK:  Juror Number Six, is that your verdict?

7    JUROR NUMBER SIX:  Yes.

8    THE CLERK:  Juror Number Seven, is that your

9    verdict?

10    JUROR NUMBER SEVEN:  Yes.

11    THE CLERK:  Juror Number Eight, is that your

12    verdict?

13    JUROR NUMBER EIGHT:  Yes.

14    THE CLERK:  Juror Number Nine, is that your verdict?

15    JUROR NUMBER NINE:  Yes.

16    THE CLERK:  Juror Number Ten, is that your verdict?

17    JUROR NUMBER TEN:  Yes.

18    THE CLERK:  Juror Number Eleven, is that your

19    verdict?

20    JUROR NUMBER ELEVEN:  Yes.

21    THE CLERK:  Juror Number Twelve, is that your

22    verdict?

23    JUROR NUMBER TWELVE:  Yes.

24    THE CLERK:  As to Count Two of the indictment, how

25    do you find defendant Elgin Brack, guilty or not guilty?  Your

1179

1    verdict was guilty.

2             Juror Number One, is that your verdict?

3             JUROR NUMBER ONE:  Yes.

4             THE CLERK:  Juror Number Two, is that your verdict?

5             JUROR NUMBER TWO:  Yes.

6             THE CLERK:  Juror Number Three, is that your

7    verdict?

8             JUROR NUMBER THREE:  Yes.

9             THE CLERK:  Juror Number Four, is that your verdict?

10            JUROR NUMBER FOUR:  Yes.

11            THE CLERK:  Juror Number Five, is that your verdict?

12            JUROR NUMBER FIVE:  Yes.

13            THE CLERK:  Juror Number Six, is that your verdict?

14            JUROR NUMBER SIX:  Yes.

15            THE CLERK:  Juror Number Seven, is that your

16   verdict?

17            JUROR NUMBER SEVEN:  Yes.

18            THE CLERK:  Juror Number Eight, is that your

19   verdict?

20            JUROR NUMBER EIGHT:  Yes.

21            THE CLERK:  Juror Number Nine, is that your verdict?

22            JUROR NUMBER NINE:  Yes.

23            THE CLERK:  Juror Number Ten, is that your verdict?

24            JUROR NUMBER TEN:  Yes.

25            THE CLERK:  Juror Number Eleven, is that your

1180

1 verdict?

2          JUROR NUMBER ELEVEN:  Yes.

3          THE CLERK:  Juror Number Twelve, is that your

4 verdict?

5          JUROR NUMBER TWELVE:  Yes.

6          THE CLERK:  Count Three:  Possessing, brandishing

7 and discharging a firearm during a crime of violence.

8          One:  Do you find that the government has proven

9 beyond a reasonable doubt that a firearm was possessed by

10 defendant Elgin Brack during and in relation to the crime

11 charged in Count Two?  Your verdict was yes.

12          Juror Number One, is that your verdict?

13          JUROR NUMBER ONE:  Yes.

14          THE CLERK:  Juror Number Two, is that your verdict?

15          JUROR NUMBER TWO:  Yes.

16          THE CLERK:  Juror Number Three, is that your

17 verdict?

18          JUROR NUMBER THREE:  Yes.

19          THE CLERK:  Juror Number Four, is that your verdict?

20          JUROR NUMBER FOUR:  Yes.

21          THE CLERK:  Juror Number Five, is that your verdict?

22          JUROR NUMBER FIVE:  Yes.

23          THE CLERK:  Juror Number Six, is that your verdict?

24          JUROR NUMBER SIX:  Yes.

25          THE CLERK:  Juror Number Seven, is that your

1181

1    verdict?

2           JUROR NUMBER SEVEN:  Yes.

3           THE CLERK:  Juror Number Eight, is that your

4    verdict?

5           JUROR NUMBER EIGHT:  Yes.

6           THE CLERK:  Juror Number Nine, is that your verdict?

7           JUROR NUMBER NINE:  Yes.

8           THE CLERK:  Juror Number Ten, is that your verdict?

9           JUROR NUMBER TEN:  Yes.

10          THE CLERK:  Juror Number Eleven, is that your

11   verdict?

12          JUROR NUMBER ELEVEN:  Yes.

13          THE CLERK:  Juror Number Twelve, is that your

14   verdict?

15          JUROR NUMBER TWELVE:  Yes.

16          THE CLERK:  Two:  Do you find the government has

17   proven beyond a reasonable doubt that a firearm was brandished

18   by defendant Elgin Brack during and in relation to the crime

19   charged in Count Two?  Your verdict was yes.

20          Juror Number One, is that your verdict?

21          JUROR NUMBER ONE:  Yes.

22          THE CLERK:  Juror Number Two, is that your verdict?

23          JUROR NUMBER TWO:  Yes.

24          THE CLERK:  Juror Number Three, is that your

25   verdict?

1182

1    JUROR NUMBER THREE:  Yes.

2    THE CLERK:  Juror Number Four, is that your verdict?

3    JUROR NUMBER FOUR:  Yes.

4    THE CLERK:  Juror Number Five, is that your verdict?

5    JUROR NUMBER FIVE:  Yes.

6    THE CLERK:  Juror Number Six, is that your verdict?

7    JUROR NUMBER SIX:  Yes.

8    THE CLERK:  Juror Number Seven, is that your

9    verdict?

10   JUROR NUMBER SEVEN:  Yes.

11   THE CLERK:  Juror Number Eight, is that your

12   verdict?

13   JUROR NUMBER EIGHT:  Yes.

14   THE CLERK:  Juror Number Nine, is that your verdict?

15   JUROR NUMBER NINE:  Yes.

16   THE CLERK:  Juror Number Ten, is that your verdict?

17   JUROR NUMBER TEN:  Yes.

18   THE CLERK:  Juror Number Eleven, is that your

19   verdict?

20   JUROR NUMBER ELEVEN:  Yes.

21   THE CLERK:  Juror Number Twelve, is that your

22   verdict?

23   JUROR NUMBER TWELVE:  Yes.

24   THE CLERK:  Do you find that the government has

25   proven beyond a reasonable doubt that a firearm was discharged

1183

1  by defendant Elgin Brack during and in relation to the crime

2  charged in Count Two?  You answered yes.

3          Juror Number One, is that your verdict?

4          JUROR NUMBER ONE:  Yes.

5          THE CLERK:  Juror Number Two, is that your verdict?

6          JUROR NUMBER TWO:  Yes.

7          THE CLERK:  Juror Number Three, is that your

8  verdict?

9          JUROR NUMBER THREE:  Yes.

10          THE CLERK:  Juror Number Four, is that your verdict?

11          JUROR NUMBER FOUR:  Yes.

12          THE CLERK:  Juror Number Five, is that your verdict?

13          JUROR NUMBER FIVE:  Yes.

14          THE CLERK:  Juror Number Six, is that your verdict?

15          JUROR NUMBER SIX:  Yes.

16          THE CLERK:  Juror Number Seven, is that your

17  verdict?

18          JUROR NUMBER SEVEN:  Yes.

19          THE CLERK:  Juror Number Eight, is that your

20  verdict?

21          JUROR NUMBER EIGHT:  Yes.

22          THE CLERK:  Juror Number Nine, is that your verdict?

23          JUROR NUMBER NINE:  Yes.

24          THE CLERK:  Juror Number Ten, is that your verdict?

25          JUROR NUMBER TEN:  Yes.

1184

1    THE CLERK:  Juror Number Eleven, is that your

2    verdict?

3    JUROR NUMBER ELEVEN:  Yes.

4    THE CLERK:  Juror Number Twelve, is that your

5    verdict?

6    JUROR NUMBER TWELVE:  Yes.

7    THE CLERK:  As to Count Four of the indictment, how

8    do you find defendant Elgin Brack, guilty or not guilty?  Your

9    verdict was guilty.

10    Juror Number One, is that your verdict?

11    JUROR NUMBER ONE:  Yes.

12    THE CLERK:  Juror Number Two, is that your verdict?

13    JUROR NUMBER TWO:  Yes.

14    THE CLERK:  Juror Number Three, is that your

15    verdict?

16    JUROR NUMBER THREE:  Yes.

17    THE CLERK:  Juror Number Four, is that your verdict?

18    JUROR NUMBER FOUR:  Yes.

19    THE CLERK:  Juror Number Five, is that your verdict?

20    JUROR NUMBER FIVE:  Yes.

21    THE CLERK:  Juror Number Six, is that your verdict?

22    JUROR NUMBER SIX:  Yes.

23    THE CLERK:  Juror Number Seven, is that your

24    verdict?

25    JUROR NUMBER SEVEN:  Yes.

1185

1    THE CLERK:  Juror Number Eight, is that your

2  verdict?

3    JUROR NUMBER EIGHT:  Yes.

4    THE CLERK:  Juror Number Nine, is that your verdict?

5    JUROR NUMBER NINE:  Yes.

6    THE CLERK:  Juror Number Ten, is that your verdict?

7    JUROR NUMBER TEN:  Yes.

8    THE CLERK:  Juror Number Eleven, is that your

9  verdict?

10    JUROR NUMBER ELEVEN:  Yes.

11    THE CLERK:  Juror Number Twelve, is that your

12  verdict?

13    JUROR NUMBER TWELVE:  Yes.

14    THE CLERK:  Count Five:  Possessing and brandishing

15  a firearm during a crime of violence.

16    Question one:  Do you find that the government has

17  proven beyond a reasonable doubt that a firearm was possessed

18  by defendant Elgin Brack during and in relation to the crime

19  charged in Count Four?  You answered yes.

20    Juror Number One, is that your verdict?

21    JUROR NUMBER ONE:  Yes.

22    THE CLERK:  Juror Number Two, is that your verdict?

23    JUROR NUMBER TWO:  Yes.

24    THE CLERK:  Juror Number Three, is that your

25  verdict?

1186

1    JUROR NUMBER THREE:  Yes.

2    THE CLERK:  Juror Number Four, is that your verdict?

3    JUROR NUMBER FOUR:  Yes.

4    THE CLERK:  Juror Number Five, is that your verdict?

5    JUROR NUMBER FIVE:  Yes.

6    THE CLERK:  Juror Number Six, is that your verdict?

7    JUROR NUMBER SIX:  Yes.

8    THE CLERK:  Juror Number Seven, is that your

9    verdict?

10    JUROR NUMBER SEVEN:  Yes.

11    THE CLERK:  Juror Number Eight, is that your

12    verdict?

13    JUROR NUMBER EIGHT:  Yes.

14    THE CLERK:  Juror Number Nine, is that your verdict?

15    JUROR NUMBER NINE:  Yes.

16    THE CLERK:  Juror Number Ten, is that your verdict?

17    JUROR NUMBER TEN:  Yes.

18    THE CLERK:  Juror Number Eleven, is that your

19    verdict?

20    JUROR NUMBER ELEVEN:  Yes.

21    THE CLERK:  Juror Number Twelve, is that your

22    verdict?

23    JUROR NUMBER TWELVE:  Yes.

24    THE CLERK:  Question Two:  Do you find that the

25    government has proven beyond a reasonable doubt that a firearm

1  was brandished by defendant Elgin Brack during and in relation

2  to the crime charged in Count Four?  Your answer was yes.

3           Juror Number One, is that your verdict?

4           JUROR NUMBER ONE:  Yes.

5           THE CLERK:  Juror Number Two, is that your verdict?

6           JUROR NUMBER TWO:  Yes.

7           THE CLERK:  Juror Number Three, is that your

8  verdict?

9           JUROR NUMBER THREE:  Yes.

10          THE CLERK:  Juror Number Four, is that your verdict?

11          JUROR NUMBER FOUR:  Yes.

12          THE CLERK:  Juror Number Five, is that your verdict?

13          JUROR NUMBER FIVE:  Yes.

14          THE CLERK:  Juror Number Six, is that your verdict?

15          JUROR NUMBER SIX:  Yes.

16          THE CLERK:  Juror Number Seven, is that your

17  verdict?

18          JUROR NUMBER SEVEN:  Yes.

19          THE CLERK:  Juror Number Eight, is that your

20  verdict?

21          JUROR NUMBER EIGHT:  Yes.

22          THE CLERK:  Juror Number Nine, is that your verdict?

23          JUROR NUMBER NINE:  Yes.

24          THE CLERK:  Juror Number Ten, is that your verdict?

25          JUROR NUMBER TEN:  Yes.

1188

1  THE CLERK:  Juror Number Eleven, is that your

2  verdict?

3  JUROR NUMBER ELEVEN:  Yes.

4  THE CLERK:  And Juror Number Twelve, is that your

5  verdict?

6  JUROR NUMBER TWELVE:  Yes.

7  THE CLERK:  Count Six:  Hobbs Act robbery.

8  As to Count Six of the indictment, how do you find

9  defendant Elgin Brack, guilty or not guilty?  Your verdict was

10  guilty.

11  Juror Number One, is that your verdict?

12  JUROR NUMBER ONE:  Yes.

13  THE CLERK:  Juror Number Two, is that your verdict?

14  JUROR NUMBER TWO:  Yes.

15  THE CLERK:  Juror Number Three, is that your

16  verdict?

17  JUROR NUMBER THREE:  Yes.

18  THE CLERK:  Juror Number Four, is that your verdict?

19  JUROR NUMBER FOUR:  Yes.

20  THE CLERK:  Juror Number Five, is that your verdict?

21  JUROR NUMBER FIVE:  Yes.

22  THE CLERK:  Juror Number Six, is that your verdict?

23  JUROR NUMBER SIX:  Yes.

24  THE CLERK:  Juror Number Seven, is that your

25  verdict?

1189

1      JUROR NUMBER SEVEN:  Yes.

2      THE CLERK:  Juror Number Eight, is that your

3  verdict?

4      JUROR NUMBER EIGHT:  Yes.

5      THE CLERK:  Juror Number Nine, is that your verdict?

6      JUROR NUMBER NINE:  Yes.

7      THE CLERK:  Juror Number Ten, is that your verdict?

8      JUROR NUMBER TEN:  Yes.

9      THE CLERK:  Juror Number Eleven, is that your

10  verdict?

11      JUROR NUMBER ELEVEN:  Yes.

12      THE CLERK:  Juror Number Twelve, is that your

13  verdict?

14      JUROR NUMBER TWELVE:  Yes.

15      THE CLERK:  Count Seven:  Possessing and brandishing

16  a firearm during a crime of violence.

17      Question one:  Do you find that the government has

18  proven beyond a reasonable doubt that a firearm was possessed

19  by defendant Elgin Brack during and in relation to the crime

20  charged in Count Six?  Your answer was yes.

21      Juror Number One, is that your verdict?

22      JUROR NUMBER ONE:  Yes.

23      THE CLERK:  Juror Number Two, is that your verdict?

24      JUROR NUMBER TWO:  Yes.

25      THE CLERK:  Juror Number Three, is that your

1    verdict?

2              JUROR NUMBER THREE:  Yes.

3              THE CLERK:  Juror Number Four, is that your verdict?

4              JUROR NUMBER FOUR:  Yes.

5              THE CLERK:  Juror Number Five, is that your verdict?

6              JUROR NUMBER FIVE:  Yes.

7              THE CLERK:  Juror Number Six, is that your verdict?

8              JUROR NUMBER SIX:  Yes.

9              THE CLERK:  Juror Number Seven, is that your

10   verdict?

11             JUROR NUMBER SEVEN:  Yes.

12             THE CLERK:  Juror Number Eight, is that your

13   verdict?

14             JUROR NUMBER EIGHT:  Yes.

15             THE CLERK:  Juror Number Nine, is that your verdict?

16             JUROR NUMBER NINE:  Yes.

17             THE CLERK:  Juror Number Ten, is that your verdict?

18             JUROR NUMBER TEN:  Yes.

19             THE CLERK:  Juror Number Eleven, is that your

20   verdict?

21             JUROR NUMBER ELEVEN:  Yes.

22             THE CLERK:  Juror Number Twelve, is that your

23   verdict?

24             JUROR NUMBER TWELVE:  Yes.

25             THE CLERK:  Question two:  Do you find that the

1191

1   government has proven beyond a reasonable doubt that a firearm

2   was brandished by defendant Elgin Brack during and in relation

3   to the crime charged in Count Six?  You answered yes.

4           Juror Number One, is that your verdict?

5           JUROR NUMBER ONE:  Yes.

6           THE CLERK:  Juror Number Two, is that your verdict?

7           JUROR NUMBER TWO:  Yes.

8           THE CLERK:  Juror Number Three, is that your

9   verdict?

10          JUROR NUMBER THREE:  Yes.

11          THE CLERK:  Juror Number Four, is that your verdict?

12          JUROR NUMBER FOUR:  Yes.

13          THE CLERK:  Juror Number Five, is that your verdict?

14          JUROR NUMBER FIVE:  Yes.

15          THE CLERK:  Juror Number Six, is that your verdict?

16          JUROR NUMBER SIX:  Yes.

17          THE CLERK:  Juror Number Seven, is that your

18   verdict?

19          JUROR NUMBER SEVEN:  Yes.

20          THE CLERK:  Juror Number Eight, is that your

21   verdict?

22          JUROR NUMBER EIGHT:  Yes.

23          THE CLERK:  Juror Number Nine, is that your verdict?

24          JUROR NUMBER NINE:  Yes.

25          THE CLERK:  Juror Number Ten, is that your verdict?

1192

1          JUROR NUMBER TEN:  Yes.

2          THE CLERK:  Juror Number Eleven, is that your

3     verdict?

4          JUROR NUMBER ELEVEN:  Yes.

5          THE CLERK:  Juror Number Twelve, is that your

6     verdict?

7          JUROR NUMBER TWELVE:  Yes.

8          THE CLERK:  Count Eight:  Hobbs Act robbery.

9          As to Count Eight of the indictment, how do you find

10    defendant Elgin Brack, guilty or not guilty?  Your verdict was

11    guilty.

12         Juror Number One, is that your verdict?

13         JUROR NUMBER ONE:  Yes.

14         THE CLERK:  Juror Number Two, is that your verdict?

15         JUROR NUMBER TWO:  Yes.

16         THE CLERK:  Juror Number Three, is that your

17    verdict?

18         JUROR NUMBER THREE:  Yes.

19         THE CLERK:  Juror Number Four, is that your verdict?

20         JUROR NUMBER FOUR:  Yes.

21         THE CLERK:  Juror Number Five, is that your verdict?

22         JUROR NUMBER FIVE:  Yes.

23         THE CLERK:  Juror Number Six, is that your verdict?

24         JUROR NUMBER SIX:  Yes.

25         THE CLERK:  Juror Number Seven, is that your

1193

1  verdict?

2          JUROR NUMBER SEVEN:  Yes.

3          THE CLERK:  Juror Number Eight, is that your

4  verdict?

5          JUROR NUMBER EIGHT:  Yes.

6          THE CLERK:  Juror Number Nine, is that your verdict?

7          JUROR NUMBER NINE:  Yes.

8          THE CLERK:  Juror Number Ten, is that your verdict?

9          JUROR NUMBER TEN:  Yes.

10          THE CLERK:  Juror Number Eleven, is that your

11  verdict?

12          JUROR NUMBER ELEVEN:  Yes.

13          THE CLERK:  Juror Number Twelve, is that your

14  verdict?

15          JUROR NUMBER TWELVE:  Yes.

16          THE CLERK:  Count Nine:  Possessing and brandishing

17  a firearm during a crime of violence.

18          Question one:  Do you find that the government has

19  proven beyond a reasonable doubt that a firearm was possessed

20  by defendant Elgin Brack during and in relation to the crime

21  charged in Count Eight?  You answered yes.

22          Juror Number One, is that your verdict?

23          JUROR NUMBER ONE:  Yes.

24          THE CLERK:  Juror Number Two, is that your verdict?

25          JUROR NUMBER TWO:  Yes.

1194

1    THE CLERK:  Juror Number Three, is that your
2    verdict?
3    JUROR NUMBER THREE:  Yes.
4    THE CLERK:  Juror Number Four, is that your verdict?
5    JUROR NUMBER FOUR:  Yes.
6    THE CLERK:  Juror Number Five, is that your verdict?
7    JUROR NUMBER FIVE:  Yes.
8    THE CLERK:  Juror Number Six, is that your verdict?
9    JUROR NUMBER SIX:  Yes.
10   THE CLERK:  Juror Number Seven, is that your
11   verdict?
12   JUROR NUMBER SEVEN:  Yes.
13   THE CLERK:  Juror Number Eight, is that your
14   verdict?
15   JUROR NUMBER EIGHT:  Yes.
16   THE CLERK:  Juror Number Nine, is that your verdict?
17   JUROR NUMBER NINE:  Yes.
18   THE CLERK:  Juror Number Ten, is that your verdict?
19   JUROR NUMBER TEN:  Yes.
20   THE CLERK:  Juror Number Eleven, is that your
21   verdict?
22   JUROR NUMBER ELEVEN:  Yes.
23   THE CLERK:  Juror Number Twelve, is that your
24   verdict?
25   JUROR NUMBER TWELVE:  Yes.

1195

1    THE CLERK:  Question two:  Do you find that the
2 government has proven beyond a reasonable doubt that a firearm
3 was brandished by defendant Elgin Brack during and in relation
4 to the crime charged in Count Eight?  You answered yes.

5    Juror Number One, is that your verdict?
6    JUROR NUMBER ONE:  Yes.
7    THE CLERK:  Juror Number Two, is that your verdict?
8    JUROR NUMBER TWO:  Yes.
9    THE CLERK:  Juror Number Three, is that your
10 verdict?
11    JUROR NUMBER THREE:  Yes.
12    THE CLERK:  Juror Number Four, is that your verdict?
13    JUROR NUMBER FOUR:  Yes.
14    THE CLERK:  Juror Number Five, is that your verdict?
15    JUROR NUMBER FIVE:  Yes.
16    THE CLERK:  Juror Number Six, is that your verdict?
17    JUROR NUMBER SIX:  Yes.
18    THE CLERK:  Juror Number Seven, is that your
19 verdict?
20    JUROR NUMBER SEVEN:  Yes.
21    THE CLERK:  Juror Number Eight, is that your
22 verdict?
23    JUROR NUMBER EIGHT:  Yes.
24    THE CLERK:  Juror Number Nine, is that your verdict?
25    JUROR NUMBER NINE:  Yes.

1196

1      THE CLERK:  Juror Number Ten, is that your verdict?

2      JUROR NUMBER TEN:  Yes.

3      THE CLERK:  Juror Number Eleven, is that your

4  verdict?

5      JUROR NUMBER ELEVEN:  Yes.

6      THE CLERK:  Juror Number Twelve, is that your

7  verdict?

8      JUROR NUMBER TWELVE:  Yes.

9      THE CLERK:  All right.  Thank you.

10      Your Honor, the jury has been polled.

11      THE COURT:  Thank you, Mr. Deputy Clerk.

12      Does either side have any further need of the jury

13  before I discharge them?

14      MR. SELDEN:  Not on behalf of the government.  Thank

15  you, Your Honor.

16      MR. STEIN:  No, thank you.

17      THE COURT:  Thank you, Counsel.

18      Ladies and gentlemen, we thank you for your service.

19  At the very beginning, I had indicated to you how grateful we

20  all were for the service you are about to perform and have now

21  performed and I also indicated to you how difficult it was and

22  how I held it to be the most difficult form of citizenship and

23  patriotism other than putting on a uniform and defending your

24  country in a time of war.  The rule of law is dependent on

25  good people like you putting aside their own business to

1  ensure that the rule of law and the justice that it supports

2  can happen in our courts and we are extremely grateful for

3  your services.

4       Now, all of those rules that I have been repeating

5  to you throughout the trial, they no longer apply and you can

6  do any and all of the things that I have told you that you

7  couldn't do during the trial so that you're free to talk to

8  anybody about this case to your heart's content.

9       Sometimes the lawyers involved in the case are

10  interested in what you found and the conclusions you reached

11  or why you reached them.  If you are interested in engaging

12  with them should they come back, stay a few extra minutes in

13  the jury room and when we finish up in here, I will let the

14  lawyers come back.

15       If you're not interested, you're free to go with our

16  thanks because, again, we do deeply appreciate your service,

17  particularly in current conditions.  There is the fear of the

18  unknown out there and we all know our society right now is

19  facing great challenges due to this novel coronavirus that's

20  sort of undefined and unpredictable and the fact that you have

21  all managed to come here and perform your service is even more

22  extraordinary and for that, you get an even greater note of

23  thanks from all of us.  So, again, thank you.

24       I wish you the balance of a good day and hope to see

25  you back here again some day as jurors because your

1198

1   attentiveness and your punctuality and your courteousness is

2   appreciated by all.  God luck and maybe we'll see you again.

3              (Jury exits at 3:00 p.m.)

4              THE COURT:  All right.  The motions that were

5   reserved formally under Rule 29(a) and (b) are now denied.

6              Does anyone, counsel here on either side, have any

7   further need of the Court before we adjourn this matter?

8              MR. SELDEN:  Not on behalf of the government.  Thank

9   you, Your Honor.

10             MR. STEIN:  Judge, I don't know if we plan to submit

11   a written motion for a judgment of acquittal under Rule 29(c).

12   I think the statutory period is seven days.  I'm sure if we're

13   going to do that, it's not going to happen in seven days so I

14   would ask that you extend it to 30 days.

15             THE COURT:  Certainly.  And any other motion you

16   want to make, in the 30s as well.

17             MR. STEIN:  No.  That's okay, Judge.  Thirty days.

18             THE COURT:  All right.  Well, anything else?

19             The record will also reflect that obviously during

20   the course of Probation's work, that when they reach out for

21   Mr. Brack, you wish to be notified?

22             MR. STEIN:  Yes, of course.

23             THE COURT:  And the record will reflect that.

24             And, again, as I said to you, Counsel, on a number

25   of occasions, the level of advocacy -- and I will note that

1199

1  there was a lot of rough starts at the beginning of these

2  proceedings.  Counsel were acting more, unfortunately, like

3  attorneys in civil cases rather than the customary courtesies

4  that normally seemed to be extended by counsel in criminal

5  cases.  I detected a very steady progress over the course of

6  the pretrial and then through the trial among counsel and that

7  pleased the Court to no end, but I also indicated to you as

8  well that the level of advocacy here was also above the norm

9  on both sides and we appreciate that as well.

10          So good luck to Mr. Brack as the days unfold and,

11 again, congratulations to counsel for a well tried case and I

12 will see you on the next occasion.

13          MR. SELDEN:  Thank you, Your Honor.

14          THE COURT:  We are adjourned.

15          Again, Counsel, I don't know if anybody stayed back

16 there.  Mr. LoMonaco maybe, if he wants to go back, he can

17 take a look.

18          MR. SELDEN:  On behalf of the government, we're not

19 going to head on back.  Thank you, Your Honor.

20          THE COURT:  I always extend the opportunity.

21          MR. SELDEN:  Of course, Your Honor.  Thank you so

22 much.

23          MR. FARRELL:  We'll waive our right to attend a

24 meeting with the jury.  Thank you.

25          (Matter concluded.)

1200

I N D E X

Exhibits:

Court's Exhibit 6                    1173

Court's Exhibit 7                    1173

*     *     *     *

## 1

**1** [9] - 1166:1, 1169:15, 1169:18, 1169:19, 1171:2, 1171:8, 1171:9, 1171:17, 1172:12
**10** [3] - 1165:25, 1170:22, 1171:13
**11** [1] - 1169:15
**1173** [2] - 1200:6, 1200:7
**11:45** [1] - 1159:8
**12** [1] - 1159:7
**12:05** [1] - 1167:13
**12:30** [1] - 1172:22
**130** [1] - 1161:13
**132** [1] - 1161:13
**135** [2] - 1161:14
**14** [1] - 1170:1
**15** [3] - 1169:23, 1170:21, 1171:9
**18-CR-684** [1] - 1160:5
**18-CR-684(ENV** [1] - 1159:4
**1:20** [2] - 1162:5, 1162:16

## 2

**2** [9] - 1166:1, 1170:14, 1170:15, 1170:19, 1170:22, 1170:25, 1171:3, 1171:6
**20** [4] - 1169:19, 1170:13, 1170:14, 1171:2
**2020** [1] - 1159:7
**225** [1] - 1159:22
**24** [1] - 1169:22
**25** [3] - 1170:22, 1171:3, 1171:7
**26** [1] - 1170:21
**271** [1] - 1159:17
**28** [3] - 1169:18, 1170:4, 1171:13
**29(a** [1] - 1198:5
**29(c)** [1] - 1198:11
**2:40** [1] - 1173:21

## 3

**3** [1] - 1174:21
**30** [1] - 1198:14
**30s** [1] - 1198:16
**33** [2] - 1171:2, 1171:8
**35** [1] - 1171:17
**36** [1] - 1171:25
**3:00** [1] - 1198:3

## 4

**40** [1] - 1166:1
**402A** [2] - 1169:2, 1169:10
**402B** [1] - 1169:11
**402C** [1] - 1169:14
**402H** [5] - 1162:5, 1162:15, 1162:18, 1169:17, 1169:18
**402I** [1] - 1169:22
**408A** [1] - 1169:25
**408B** [1] - 1170:3
**408C** [1] - 1170:6
**408D** [1] - 1170:9
**408E** [2] - 1170:12, 1170:13
**411A** [1] - 1170:19
**411B** [1] - 1170:25
**411C** [2] - 1171:5, 1171:6
**414A** [1] - 1171:12
**414B** [1] - 1171:17
**417A** [1] - 1171:21
**417B** [1] - 1171:25
**421** [1] - 1172:4
**43** [1] - 1172:4
**45** [2] - 1171:18, 1171:22

## 5

**5** [2] - 1163:7, 1171:8
**58** [2] - 1170:19, 1171:6
**59** [1] - 1170:25

## 6

**6** [2] - 1173:10, 1200:6
**613-2643** [1] - 1159:23

## 7

**7** [4] - 1170:15, 1171:2, 1173:16, 1200:7
**718** [1] - 1159:23

## 8

**8** [4] - 1169:8, 1169:12, 1170:10, 1170:13

## A

**a.m** [1] - 1159:8
**able** [3] - 1162:24, 1163:16, 1168:15

**abundance** [1] - 1161:15
**acquittal** [1] - 1198:11
**Act** [7] - 1174:13, 1174:17, 1175:13, 1176:4, 1176:20, 1188:7, 1192:8
**acting** [1] - 1199:2
**actions** [1] - 1166:7
**actual** [2] - 1162:4, 1162:10
**additional** [1] - 1166:4
**additions** [1] - 1161:5
**address** [1] - 1167:25
**addressed** [1] - 1160:25
**adjourn** [1] - 1198:7
**adjourned** [1] - 1199:14
**adjusted** [2] - 1166:5, 1166:7
**adjusting** [1] - 1166:6
**adjustment** [1] - 1168:17
**adjustments** [2] - 1166:13, 1168:12
**admonishment** [1] - 1163:8
**advise** [2] - 1165:3, 1166:25
**advised** [1] - 1168:1
**advises** [1] - 1173:8
**advocacy** [2] - 1198:25, 1199:8
**afterwards** [1] - 1167:9
**agree** [1] - 1164:22
**agreed** [1] - 1161:20
**agreement** [1] - 1161:25
**aided** [1] - 1159:25
**albeit** [1] - 1164:3
**allow** [2] - 1162:23, 1164:7
**allowed** [3] - 1162:12, 1162:22, 1163:4
**almost** [1] - 1167:22
**AMERICA** [1] - 1159:4
**announce** [2] - 1165:13, 1166:1
**answer** [2] - 1187:2, 1189:20
**answered** [7] - 1174:9, 1174:10, 1183:2, 1185:19, 1191:3, 1193:21, 1195:4
**apiece** [1] - 1164:12
**appear** [1] - 1161:4
**appearance** [1] -

1160:6
**APPEARANCES** [1] - 1159:13
**apply** [1] - 1197:5
**appreciate** [2] - 1197:16, 1199:9
**appreciated** [1] - 1198:2
**aside** [1] - 1196:25
**Assistant** [4] - 1159:17, 1160:9, 1160:10, 1160:11
**associated** [1] - 1161:14
**attempted** [1] - 1174:17
**attend** [1] - 1199:23
**attentiveness** [2] - 1172:19, 1198:1
**Attorney** [4] - 1159:15, 1160:9, 1160:11, 1160:12
**attorneys** [2] - 1160:6, 1199:3
**Attorneys** [1] - 1159:17
**audio** [1] - 1163:12
**avoid** [2] - 1164:7, 1168:8
**avoids** [1] - 1162:6
**await** [1] - 1172:14
**awaiting** [1] - 1173:3

## B

**balance** [1] - 1197:24
**based** [1] - 1166:8
**BEFORE** [1] - 1159:11
**begin** [1] - 1169:1
**beginning** [4] - 1160:7, 1165:18, 1196:19, 1199:1
**behalf** [6] - 1160:8, 1167:17, 1173:25, 1196:14, 1198:8, 1199:18
**belt** [1] - 1164:21
**best** [1] - 1168:23
**between** [1] - 1164:15
**beyond** [18] - 1174:24, 1175:4, 1175:9, 1175:20, 1175:25, 1176:11, 1176:16, 1177:2, 1177:7, 1180:9, 1181:17, 1182:25, 1185:17, 1186:25, 1189:18, 1191:1, 1193:19, 1195:2
**binder** [1] - 1166:20

**box** [1] - 1168:3
**BRACK** [1] - 1159:7
**Brack** [36] - 1160:4, 1160:15, 1160:16, 1160:21, 1161:2, 1172:17, 1174:15, 1174:19, 1174:25, 1175:5, 1175:10, 1175:15, 1175:21, 1176:1, 1176:6, 1176:12, 1176:17, 1176:22, 1177:3, 1177:8, 1177:18, 1178:25, 1180:10, 1181:18, 1183:1, 1184:8, 1185:18, 1187:1, 1188:9, 1189:19, 1191:2, 1192:10, 1193:20, 1195:3, 1198:21, 1199:10
**Brack's** [1] - 1161:20
**brandished** [8] - 1175:4, 1176:1, 1176:17, 1177:8, 1181:17, 1187:1, 1191:2, 1195:3
**brandishing** [8] - 1174:21, 1175:17, 1176:8, 1176:24, 1180:6, 1185:14, 1189:15, 1193:16
**brief** [2] - 1164:2, 1164:4
**briefly** [1] - 1163:15
**bring** [5] - 1165:4, 1167:1, 1168:1, 1173:20
**Brooklyn** [3] - 1159:6, 1159:18, 1159:23
**brought** [1] - 1167:10
**business** [1] - 1196:25
**BY** [1] - 1159:15

## C

**Cadman** [2] - 1159:17, 1159:22
**calendar** [1] - 1160:4
**case** [7] - 1160:4, 1162:4, 1163:25, 1164:2, 1197:8, 1197:9, 1199:11
**Case** [1] - 1160:4
**cases** [2] - 1199:3, 1199:5
**caution** [1] - 1161:15
**certain** [3] - 1162:2, 1162:3, 1163:25

**certainly** [2] - 1165:9, 1198:15
**challenge** [3] - 1163:19, 1163:20, 1168:23
**challenges** [1] - 1197:19
**charged** [18] - 1175:1, 1175:6, 1175:11, 1175:22, 1176:2, 1176:13, 1176:18, 1177:4, 1177:9, 1180:11, 1181:19, 1183:2, 1185:19, 1187:2, 1189:20, 1191:3, 1193:21, 1195:4
**Charleane** [1] - 1159:22
**chief** [1] - 1163:25
**circumstances** [1] - 1164:2
**citizenship** [1] - 1196:22
**civil** [1] - 1199:3
**clarify** [1] - 1165:11
**clear** [3] - 1165:12, 1165:17, 1166:21
**CLERK** [190] - 1160:2, 1160:19, 1165:6, 1173:6, 1173:11, 1173:17, 1174:12, 1174:17, 1174:21, 1175:3, 1175:8, 1175:13, 1175:17, 1175:24, 1176:4, 1176:8, 1176:15, 1176:20, 1176:24, 1177:6, 1177:11, 1177:17, 1177:22, 1177:24, 1178:2, 1178:4, 1178:6, 1178:8, 1178:11, 1178:14, 1178:16, 1178:18, 1178:21, 1178:24, 1179:4, 1179:6, 1179:9, 1179:11, 1179:13, 1179:15, 1179:18, 1179:21, 1179:23, 1179:25, 1180:3, 1180:6, 1180:14, 1180:16, 1180:19, 1180:21, 1180:23, 1180:25, 1181:3, 1181:6, 1181:8, 1181:10, 1181:13, 1181:16, 1181:22, 1181:24, 1182:2, 1182:4, 1182:6,

1182:8, 1182:11, 1182:14, 1182:16, 1182:18, 1182:21, 1182:24, 1183:5, 1183:7, 1183:10, 1183:12, 1183:14, 1183:16, 1183:19, 1183:22, 1183:24, 1184:1, 1184:4, 1184:7, 1184:12, 1184:14, 1184:17, 1184:19, 1184:21, 1184:23, 1185:1, 1185:4, 1185:6, 1185:8, 1185:11, 1185:14, 1185:22, 1185:24, 1186:2, 1186:4, 1186:6, 1186:8, 1186:11, 1186:14, 1186:16, 1186:18, 1186:21, 1186:24, 1187:5, 1187:7, 1187:10, 1187:12, 1187:14, 1187:16, 1187:19, 1187:22, 1187:24, 1188:1, 1188:4, 1188:7, 1188:13, 1188:15, 1188:18, 1188:20, 1188:22, 1188:24, 1189:2, 1189:5, 1189:7, 1189:9, 1189:12, 1189:15, 1189:23, 1189:25, 1190:3, 1190:5, 1190:7, 1190:9, 1190:12, 1190:15, 1190:17, 1190:19, 1190:22, 1190:25, 1191:6, 1191:8, 1191:11, 1191:13, 1191:15, 1191:17, 1191:20, 1191:23, 1191:25, 1192:2, 1192:5, 1192:8, 1192:14, 1192:16, 1192:19, 1192:21, 1192:23, 1192:25, 1193:3, 1193:6, 1193:8, 1193:10, 1193:13, 1193:16, 1193:24, 1194:1, 1194:4, 1194:6, 1194:8, 1194:10, 1194:13, 1194:16, 1194:18, 1194:20, 1194:23, 1195:1, 1195:7, 1195:9, 1195:12, 1195:14, 1195:16, 1195:18, 1195:21,

1195:24, 1196:1, 1196:3, 1196:6, 1196:9
**Clerk** [3] - 1173:9, 1177:15, 1196:11
**clerk** [3] - 1173:10, 1174:7, 1174:10
**close** [1] - 1168:20
**colloquy** [1] - 1162:20
**completed** [1] - 1172:18
**completes** [1] - 1172:10
**computation** [1] - 1168:15
**computer** [1] - 1159:25
**computer-aided** [1] - 1159:25
**concern** [1] - 1163:3
**concluded** [1] - 1199:25
**conclusions** [1] - 1197:10
**conditions** [1] - 1197:17
**congratulations** [1] - 1199:11
**conspiracy** [1] - 1174:13
**consult** [1] - 1168:14
**content** [1] - 1197:8
**continue** [1] - 1172:11
**continued** [1] - 1172:20
**cooperation** [1] - 1172:20
**copy** [4] - 1161:6, 1161:8, 1161:9, 1161:13
**coronavirus** [1] - 1197:19
**correct** [1] - 1166:14
**counsel** [12] - 1160:7, 1160:10, 1160:19, 1161:1, 1167:15, 1173:6, 1173:23, 1198:6, 1199:2, 1199:4, 1199:6, 1199:11
**Counsel** [5] - 1167:20, 1174:3, 1196:17, 1198:24, 1199:15
**Count** [42] - 1174:13, 1174:14, 1174:17, 1174:18, 1174:21, 1175:1, 1175:6, 1175:11, 1175:13, 1175:17, 1175:22, 1176:2, 1176:4,

1176:5, 1176:8, 1176:13, 1176:18, 1176:20, 1176:21, 1176:24, 1177:4, 1177:9, 1177:17, 1178:24, 1180:6, 1180:11, 1181:19, 1183:2, 1184:7, 1185:14, 1185:19, 1187:2, 1188:7, 1188:8, 1189:15, 1189:20, 1191:3, 1192:8, 1192:9, 1193:16, 1193:21, 1195:4
**country** [1] - 1196:24
**counts** [3] - 1177:13, 1177:14, 1177:15
**County** [1] - 1175:14
**course** [4] - 1198:20, 1198:22, 1199:5, 1199:21
**COURT** [47] - 1159:1, 1160:13, 1160:17, 1160:21, 1160:23, 1161:9, 1163:1, 1163:18, 1163:20, 1164:11, 1164:14, 1164:21, 1165:7, 1165:10, 1165:15, 1165:18, 1165:22, 1165:24, 1166:9, 1166:14, 1166:16, 1166:25, 1167:2, 1167:5, 1167:11, 1167:14, 1167:20, 1169:3, 1172:9, 1172:23, 1173:1, 1173:8, 1173:13, 1173:19, 1173:22, 1174:3, 1174:9, 1177:12, 1177:15, 1196:11, 1196:17, 1198:4, 1198:15, 1198:18, 1198:23, 1199:14, 1199:20
**court** [2] - 1160:1, 1173:5
**Court** [5] - 1159:22, 1162:25, 1173:3, 1198:7, 1199:7
**Court's** [4] - 1173:9, 1173:16, 1200:6, 1200:7
**courteousness** [1] - 1198:1
**courtesies** [1] - 1199:3
**Courthouse** [1] - 1159:5

**courtroom** [3] - 1162:21, 1163:11, 1168:22
**courts** [1] - 1197:2
**crime** [26] - 1174:22, 1174:25, 1175:5, 1175:11, 1175:18, 1175:21, 1176:2, 1176:9, 1176:12, 1176:18, 1176:25, 1177:3, 1177:9, 1180:7, 1180:10, 1181:18, 1183:1, 1185:15, 1185:18, 1187:2, 1189:16, 1189:19, 1191:3, 1193:17, 1193:20, 1195:4
**criminal** [1] - 1199:4
**cue** [2] - 1162:1, 1163:2
**current** [1] - 1197:17
**customary** [1] - 1199:3

## D

**data** [1] - 1169:4
**days** [5] - 1198:12, 1198:13, 1198:14, 1198:17, 1199:10
**decided** [1] - 1162:1
**deeply** [1] - 1197:16
**Defendant** [2] - 1159:8, 1159:19
**defendant** [30] - 1160:20, 1173:7, 1174:15, 1174:19, 1174:25, 1175:5, 1175:10, 1175:15, 1175:21, 1176:1, 1176:6, 1176:12, 1176:17, 1176:22, 1177:3, 1177:8, 1177:18, 1178:25, 1180:10, 1181:18, 1183:1, 1184:8, 1185:18, 1187:1, 1188:9, 1189:19, 1191:2, 1192:10, 1193:20, 1195:3
**DEFENDANT** [1] - 1160:22
**defending** [1] - 1196:23
**defense** [1] - 1165:8
**Deleon** [3] - 1161:6, 1161:18, 1172:17
**deliberate** [1] - 1172:13

**deliberations** [1] - 1172:12
**denied** [1] - 1198:5
**dependent** [1] - 1196:24
**deputy** [4] - 1173:10, 1174:6, 1174:10, 1196:11
**Deputy** [1] - 1177:15
**desire** [1] - 1165:5
**detected** [1] - 1199:5
**difficult** [2] - 1196:21, 1196:22
**dim** [1] - 1168:19
**dimmed** [1] - 1163:15
**directly** [2] - 1168:9, 1168:10
**discharge** [1] - 1196:13
**discharged** [2] - 1175:10, 1182:25
**discharging** [2] - 1174:22, 1180:7
**discuss** [2] - 1161:19, 1168:3
**discussion** [2] - 1161:2, 1164:25
**discussions** [1] - 1168:4
**distinction** [1] - 1164:14
**DISTRICT** [3] - 1159:1, 1159:1, 1159:11
**done** [1] - 1161:23
**DONOGHUE** [1] - 1159:14
**doubt** [18] - 1174:24, 1175:4, 1175:9, 1175:20, 1175:25, 1176:11, 1176:16, 1177:2, 1177:7, 1180:9, 1181:17, 1182:25, 1185:17, 1186:25, 1189:18, 1191:1, 1193:19, 1195:2
**down** [3] - 1163:1, 1168:2, 1172:16
**downtime** [3] - 1162:3, 1162:9, 1165:24
**due** [1] - 1197:19
**during** [30] - 1161:23, 1163:24, 1174:22, 1174:25, 1175:5, 1175:10, 1175:18, 1175:21, 1176:1, 1176:9, 1176:12, 1176:17, 1176:25, 1177:3, 1177:8,

1180:7, 1180:10, 1181:18, 1183:1, 1185:15, 1185:18, 1187:1, 1189:16, 1189:19, 1191:2, 1193:17, 1193:20, 1195:3, 1197:7, 1198:19

## E

**East** [2] - 1159:17, 1159:22
**EASTERN** [1] - 1159:1
**Eight** [22] - 1176:20, 1176:21, 1177:4, 1177:9, 1178:11, 1179:18, 1181:3, 1182:11, 1183:19, 1185:1, 1186:11, 1187:19, 1189:2, 1190:12, 1191:20, 1192:8, 1192:9, 1193:3, 1193:21, 1194:13, 1195:4, 1195:21
**EIGHT** [14] - 1178:13, 1179:20, 1181:5, 1182:13, 1183:21, 1185:3, 1186:13, 1187:21, 1189:4, 1190:14, 1191:22, 1193:5, 1194:15, 1195:23
**either** [4] - 1169:4, 1177:12, 1196:12, 1198:6
**electronics** [2] - 1168:22
**Eleven** [14] - 1178:18, 1179:25, 1181:10, 1182:18, 1184:1, 1185:8, 1186:18, 1188:1, 1189:9, 1190:19, 1192:2, 1193:10, 1194:20, 1196:3
**ELEVEN** [14] - 1178:20, 1180:2, 1181:12, 1182:20, 1184:3, 1185:10, 1186:20, 1188:3, 1189:11, 1190:21, 1192:4, 1193:12, 1194:22, 1196:5
**Elgin** [30] - 1160:4, 1160:15, 1174:15, 1174:19, 1174:25, 1175:5, 1175:10, 1175:15, 1175:21,

1176:1, 1176:6, 1176:12, 1176:17, 1176:22, 1177:3, 1177:8, 1177:18, 1178:25, 1180:10, 1181:18, 1183:1, 1184:8, 1185:18, 1187:1, 1188:9, 1189:19, 1191:2, 1192:10, 1193:20, 1195:3
**ELGIN** [1] - 1159:7
**end** [6] - 1162:6, 1162:16, 1169:19, 1169:23, 1171:14, 1199:7
**ending** [1] - 1165:19
**engaging** [1] - 1197:11
**ensure** [1] - 1197:1
**enters** [2] - 1167:13, 1173:21
**entire** [4] - 1169:2, 1171:22, 1172:1, 1172:5
**entirety** [1] - 1162:3
**ERIC** [1] - 1159:11
**Eric** [1] - 1160:2
**ESQ** [2] - 1159:19, 1159:20
**essentially** [1] - 1163:3
**event** [1] - 1166:21
**evidence** [1] - 1162:4
**exactly** [1] - 1164:17
**Exactly** [1] - 1161:11
**example** [3] - 1162:12, 1162:15, 1162:17
**exhibit** [2] - 1165:16, 1168:7
**Exhibit** [18] - 1162:5, 1162:15, 1162:18, 1169:2, 1169:10, 1169:11, 1169:22, 1170:19, 1170:25, 1171:6, 1171:12, 1171:17, 1171:25, 1172:4, 1173:10, 1173:16, 1200:6, 1200:7
**Exhibits** [2] - 1161:13, 1200:4
**exits** [2] - 1172:22, 1198:3
**expect** [2] - 1165:22, 1172:12
**expedite** [1] - 1164:9
**extend** [2] - 1198:14, 1199:20
**extended** [1] - 1199:4

**extent** [1] - 1168:6
**extra** [3] - 1162:7, 1167:9, 1197:12
**extraordinary** [1] - 1197:22
**extremely** [1] - 1197:2

## F

**facilitate** [1] - 1168:4
**facing** [1] - 1197:19
**fact** [1] - 1197:20
**factor** [1] - 1168:17
**facts** [1] - 1164:1
**fail** [1] - 1163:20
**Farrell** [2] - 1160:16, 1161:17
**FARRELL** [4] - 1159:20, 1160:16, 1165:8, 1199:23
**fear** [1] - 1197:17
**fellow** [1] - 1163:6
**few** [3] - 1161:2, 1169:7, 1197:12
**finally** [1] - 1163:16
**finish** [1] - 1197:13
**firearm** [26] - 1174:22, 1174:24, 1175:4, 1175:9, 1175:18, 1175:20, 1175:25, 1176:9, 1176:11, 1176:16, 1176:25, 1177:2, 1177:7, 1180:7, 1180:9, 1181:17, 1182:25, 1185:15, 1185:17, 1186:25, 1189:16, 1189:18, 1191:1, 1193:17, 1193:19, 1195:2
**first** [4] - 1168:16, 1170:20, 1171:1, 1171:7
**Five** [16] - 1175:17, 1178:4, 1179:11, 1180:21, 1182:4, 1183:12, 1184:19, 1185:14, 1186:4, 1187:12, 1188:20, 1190:5, 1191:13, 1192:21, 1194:6, 1195:14
**FIVE** [14] - 1178:5, 1179:12, 1180:22, 1182:5, 1183:13, 1184:20, 1186:5, 1187:13, 1188:21, 1190:6, 1191:14, 1192:22, 1194:7, 1195:15

**follow** [2] - 1162:17, 1172:15
**foreperson** [2] - 1174:6, 1174:11
**FOREPERSON** [14] - 1174:16, 1174:20, 1175:2, 1175:7, 1175:12, 1175:16, 1175:23, 1176:3, 1176:7, 1176:14, 1176:19, 1176:23, 1177:5, 1177:10
**form** [1] - 1196:22
**formally** [1] - 1198:5
**Four** [21] - 1175:13, 1175:14, 1175:22, 1176:2, 1178:2, 1179:9, 1180:19, 1182:2, 1183:10, 1184:7, 1184:17, 1185:19, 1186:2, 1187:2, 1187:10, 1188:18, 1190:3, 1191:11, 1192:19, 1194:4, 1195:12
**FOUR** [14] - 1178:3, 1179:10, 1180:20, 1182:3, 1183:11, 1184:18, 1186:3, 1187:11, 1188:19, 1190:4, 1191:12, 1192:20, 1194:5, 1195:13
**free** [2] - 1197:7, 1197:15
**front** [2] - 1163:10, 1168:3

## G

**GARY** [1] - 1159:20
**Gary** [1] - 1160:16
**gentlemen** [4] - 1167:21, 1172:10, 1174:4, 1196:18
**God** [1] - 1198:2
**government** [29] - 1160:7, 1161:12, 1163:23, 1165:10, 1166:23, 1167:17, 1169:10, 1173:25, 1174:23, 1175:3, 1175:8, 1175:19, 1175:24, 1176:10, 1176:15, 1177:1, 1177:6, 1180:8, 1181:16, 1182:24, 1185:16, 1186:25, 1189:17, 1191:1, 1193:18, 1195:2,

1196:14, 1198:8, 1199:18

**Government** [11] - 1159:14, 1169:1, 1169:11, 1169:22, 1170:19, 1170:25, 1171:6, 1171:12, 1171:17, 1171:24, 1172:3

**government's** [6] - 1161:5, 1161:19, 1162:11, 1163:25, 1164:5, 1165:12

**Government's** [6] - 1161:13, 1162:5, 1162:15, 1162:18, 1166:8, 1168:13

**grateful** [2] - 1196:19, 1197:2

**great** [1] - 1197:19

**greater** [1] - 1197:22

**Guilty** [1] - 1175:16

**guilty** [29] - 1174:15, 1174:16, 1174:19, 1174:20, 1175:15, 1176:6, 1176:7, 1176:22, 1176:23, 1177:18, 1177:19, 1178:25, 1179:1, 1184:8, 1184:9, 1188:9, 1188:10, 1192:10, 1192:11

## H

**hand** [2] - 1172:24, 1174:6

**happy** [1] - 1162:9

**head** [1] - 1199:19

**Heading** [1] - 1159:22

**heart's** [1] - 1197:8

**held** [1] - 1196:22

**help** [1] - 1168:4

**helpful** [3] - 1163:16, 1165:19, 1168:7

**Hobbs** [7] - 1174:13, 1174:17, 1175:13, 1176:4, 1176:20, 1188:7, 1192:8

**Honor** [51] - 1160:8, 1160:14, 1161:1, 1161:7, 1161:12, 1162:18, 1163:5, 1163:19, 1163:22, 1164:13, 1164:17, 1165:8, 1165:11, 1165:21, 1165:23, 1166:3, 1166:4, 1166:11, 1166:12, 1166:19, 1167:4,

1167:9, 1167:18, 1168:25, 1169:1, 1169:17, 1169:21, 1169:25, 1170:3, 1170:6, 1170:9, 1170:12, 1170:18, 1170:24, 1171:5, 1171:11, 1171:16, 1171:21, 1171:24, 1172:3, 1172:7, 1172:25, 1173:11, 1173:17, 1174:1, 1196:10, 1196:15, 1198:9, 1199:13, 1199:19, 1199:21

**Honor's** [1] - 1163:8

**HONORABLE** [1] - 1159:11

**Honorable** [1] - 1160:2

**hope** [2] - 1168:23, 1197:24

**hopefully** [2] - 1164:7, 1168:21

**house** [1] - 1161:20

**housekeeping** [2] - 1160:23, 1166:24

**housekeeping-wise** [1] - 1166:24

## I

**idea** [1] - 1164:22

**identify** [1] - 1168:16

**including** [2] - 1160:20, 1173:7

**incorporated** [1] - 1161:23

**indicated** [4] - 1174:5, 1196:19, 1196:21, 1199:7

**indictment** [10] - 1174:14, 1174:18, 1175:14, 1176:5, 1176:21, 1177:17, 1178:24, 1184:7, 1188:8, 1192:9

**initial** [1] - 1161:4

**insert** [1] - 1162:19

**instructed** [1] - 1162:11

**interactions** [3] - 1164:3, 1164:4

**interactive** [1] - 1162:20

**interested** [5] - 1162:8, 1163:9, 1197:10, 1197:11, 1197:15

**interim** [1] - 1173:15

**interpret** [1] - 1166:9

**interpretation** [2] - 1166:6, 1166:7

**involve** [1] - 1164:2

**involved** [1] - 1197:9

**issue** [1] - 1167:25

**items** [1] - 1161:17

## J

**Joel** [1] - 1160:14

**JOEL** [1] - 1159:19

**joined** [1] - 1160:10

**JONATHAN** [2] - 1159:16, 1159:16

**Jonathan** [2] - 1160:11, 1160:12

**jot** [1] - 1168:2

**JUDGE** [1] - 1159:11

**Judge** [4] - 1167:19, 1174:2, 1177:14, 1198:17

**judge** [2] - 1164:18, 1198:10

**judgment** [1] - 1198:11

**Juror** [154] - 1177:20, 1177:22, 1178:2, 1178:4, 1178:6, 1178:8, 1178:11, 1178:14, 1178:16, 1178:18, 1178:21, 1179:2, 1179:4, 1179:9, 1179:11, 1179:13, 1179:15, 1179:18, 1179:21, 1179:23, 1179:25, 1180:3, 1180:12, 1180:14, 1180:19, 1180:21, 1180:23, 1180:25, 1181:3, 1181:6, 1181:8, 1181:10, 1181:13, 1181:20, 1181:22, 1182:2, 1182:4, 1182:6, 1182:8, 1182:11, 1182:14, 1182:16, 1182:18, 1182:21, 1183:3, 1183:5, 1183:10, 1183:12, 1183:14, 1183:16, 1183:19, 1183:22, 1183:24, 1184:1, 1184:4, 1184:10, 1184:12, 1184:17, 1184:19, 1184:21, 1184:23, 1185:1, 1185:4, 1185:6, 1185:8, 1185:11, 1185:20,

1185:22, 1186:2, 1186:4, 1186:6, 1186:8, 1186:11, 1186:14, 1186:16, 1186:18, 1186:21, 1187:3, 1187:5, 1187:10, 1187:12, 1187:14, 1187:16, 1187:19, 1187:22, 1187:24, 1188:1, 1188:4, 1188:11, 1188:13, 1188:18, 1188:20, 1188:22, 1188:24, 1189:2, 1189:5, 1189:7, 1189:9, 1189:12, 1189:21, 1189:23, 1190:3, 1190:5, 1190:7, 1190:9, 1190:12, 1190:15, 1190:17, 1190:19, 1190:22, 1191:4, 1191:6, 1191:11, 1191:13, 1191:15, 1191:17, 1191:20, 1191:23, 1191:25, 1192:2, 1192:5, 1192:12, 1192:14, 1192:19, 1192:21, 1192:23, 1192:25, 1193:3, 1193:6, 1193:8, 1193:10, 1193:13, 1193:22, 1193:24, 1194:4, 1194:6, 1194:8, 1194:10, 1194:13, 1194:16, 1194:18, 1194:20, 1194:23, 1195:5, 1195:7, 1195:12, 1195:14, 1195:16, 1195:18, 1195:21, 1195:24, 1196:1, 1196:3, 1196:6

**JUROR** [168] - 1177:21, 1177:23, 1178:1, 1178:3, 1178:5, 1178:7, 1178:10, 1178:13, 1178:15, 1178:17, 1178:20, 1178:23, 1179:3, 1179:5, 1179:8, 1179:10, 1179:12, 1179:14, 1179:17, 1179:20, 1179:22, 1179:24, 1180:2, 1180:5, 1180:13, 1180:15, 1180:18, 1180:20, 1180:22, 1180:24, 1181:2, 1181:5,

1181:7, 1181:9, 1181:12, 1181:15, 1181:21, 1181:23, 1182:1, 1182:3, 1182:5, 1182:7, 1182:10, 1182:13, 1182:15, 1182:17, 1182:20, 1182:23, 1183:4, 1183:6, 1183:9, 1183:11, 1183:13, 1183:15, 1183:18, 1183:21, 1183:23, 1183:25, 1184:3, 1184:6, 1184:11, 1184:13, 1184:16, 1184:18, 1184:20, 1184:22, 1184:25, 1185:3, 1185:5, 1185:7, 1185:10, 1185:13, 1185:21, 1185:23, 1186:1, 1186:3, 1186:5, 1186:7, 1186:10, 1186:13, 1186:15, 1186:17, 1186:20, 1186:23, 1187:4, 1187:6, 1187:9, 1187:11, 1187:13, 1187:15, 1187:18, 1187:21, 1187:23, 1187:25, 1188:3, 1188:6, 1188:12, 1188:14, 1188:17, 1188:19, 1188:21, 1188:23, 1189:1, 1189:4, 1189:6, 1189:8, 1189:11, 1189:14, 1189:22, 1189:24, 1190:2, 1190:4, 1190:6, 1190:8, 1190:11, 1190:14, 1190:16, 1190:18, 1190:21, 1190:24, 1191:5, 1191:7, 1191:10, 1191:12, 1191:14, 1191:16, 1191:19, 1191:22, 1191:24, 1192:1, 1192:4, 1192:7, 1192:13, 1192:15, 1192:18, 1192:20, 1192:22, 1192:24, 1193:2, 1193:5, 1193:7, 1193:9, 1193:12, 1193:15, 1193:23, 1193:25, 1194:3, 1194:5, 1194:7, 1194:9, 1194:12, 1194:15, 1194:17, 1194:19,

1194:22, 1194:25,
1195:6, 1195:8,
1195:11, 1195:13,
1195:15, 1195:17,
1195:20, 1195:23,
1195:25, 1196:2,
1196:5, 1196:8
**juror** [14] - 1177:24,
1179:6, 1180:16,
1181:24, 1183:7,
1184:14, 1185:24,
1187:7, 1188:15,
1189:25, 1191:8,
1192:16, 1194:1,
1195:9
**jurors** [4] - 1162:11,
1163:6, 1173:11,
1197:25
**jurors'** [1] - 1166:5
**Jury** [2] - 1172:22,
1198:3
**jury** [41] - 1159:11,
1160:1, 1160:5,
1160:24, 1161:1,
1161:24, 1162:7,
1162:16, 1162:21,
1163:4, 1163:13,
1163:16, 1164:6,
1164:18, 1164:25,
1165:4, 1165:5,
1165:7, 1165:17,
1167:6, 1167:13,
1167:15, 1167:24,
1168:3, 1168:5,
1168:10, 1168:11,
1172:11, 1173:3,
1173:5, 1173:13,
1173:21, 1173:23,
1174:9, 1177:12,
1177:16, 1196:10,
1196:12, 1197:13,
1199:24
**justice** [1] - 1197:1

### K

**keep** [1] - 1168:7

### L

**ladies** [4] - 1167:21,
1172:10, 1174:4,
1196:18
**laid** [1] - 1168:13
**law** [2] - 1196:24,
1197:1
**lawyers** [2] - 1197:9,
1197:14
**Lax** [1] - 1160:12
**LAX** [1] - 1159:16

**least** [2] - 1163:7,
1164:10
**letting** [1] - 1164:22
**level** [2] - 1198:25,
1199:8
**lights** [2] - 1163:15,
1168:19
**list** [1] - 1165:20
**listen** [1] - 1163:8
**LoMonaco** [1] -
1199:16
**look** [1] - 1199:17
**luck** [2] - 1198:2,
1199:10
**lunch** [2] - 1172:12,
1172:13

### M

**managed** [1] -
1197:21
**March** [1] - 1159:7
**marked** [2] - 1173:9,
1173:16
**marshal** [3] - 1165:3,
1167:1, 1173:8
**matter** [3] - 1161:4,
1198:7, 1199:25
**mechanical** [1] -
1159:24
**meeting** [1] - 1199:24
**members** [2] -
1168:10, 1168:11
**might** [5] - 1162:7,
1163:4, 1166:20,
1166:21
**mind** [2] - 1164:9,
1168:7
**minute** [15] - 1162:5,
1162:15, 1166:1,
1167:8, 1169:15,
1169:18, 1169:19,
1170:19, 1170:22,
1170:25, 1171:2,
1171:6, 1171:8,
1171:9, 1171:17
**minutes** [7] - 1162:7,
1170:13, 1170:14,
1170:15, 1170:22,
1171:3, 1197:12
**morning** [8] - 1160:8,
1160:12, 1160:13,
1160:14, 1160:17,
1160:18, 1160:21,
1160:22
**most** [1] - 1196:22
**motion** [2] - 1198:11,
1198:15
**motions** [1] - 1198:4
**MR** [61] - 1160:8,

1160:14, 1160:16,
1160:25, 1161:11,
1163:3, 1163:19,
1163:22, 1164:13,
1164:17, 1164:18,
1165:8, 1165:11,
1165:16, 1165:21,
1165:23, 1166:3,
1166:4, 1166:11,
1166:12, 1166:15,
1166:19, 1167:4,
1167:7, 1167:12,
1167:17, 1167:19,
1168:25, 1169:7,
1169:10, 1169:14,
1169:17, 1169:21,
1169:25, 1170:3,
1170:6, 1170:9,
1170:12, 1170:18,
1170:24, 1171:5,
1171:11, 1171:16,
1171:21, 1171:24,
1172:3, 1172:7,
1172:25, 1173:25,
1174:2, 1177:14,
1196:14, 1196:16,
1198:8, 1198:10,
1198:17, 1198:22,
1199:13, 1199:18,
1199:21, 1199:23

### N

**need** [6] - 1172:14,
1173:17, 1173:19,
1174:10, 1196:12,
1198:7
**NEW** [1] - 1159:1
**New** [3] - 1159:6,
1159:18, 1159:23
**next** [5] - 1170:3,
1172:14, 1172:20,
1173:2, 1199:12
**Nine** [16] - 1176:24,
1178:14, 1179:21,
1181:6, 1182:14,
1183:22, 1185:4,
1186:14, 1187:22,
1189:5, 1190:15,
1191:23, 1193:6,
1193:16, 1194:16,
1195:24
**NINE** [14] - 1178:15,
1179:22, 1181:7,
1182:15, 1183:23,
1185:5, 1186:15,
1187:23, 1189:6,
1190:16, 1191:24,
1193:7, 1194:17,
1195:25
**norm** [1] - 1199:8

**normally** [2] -
1162:25, 1199:4
**note** [16] - 1160:6,
1162:13, 1162:14,
1162:17, 1163:11,
1164:23, 1164:24,
1166:5, 1172:14,
1172:21, 1173:2,
1173:9, 1173:15,
1174:4, 1197:22,
1198:25
**note-taking** [1] -
1164:24
**notepad** [6] - 1161:15,
1162:12, 1162:24,
1163:10, 1168:1,
1168:20
**notepads** [1] - 1165:4
**notes** [4] - 1163:18,
1164:8, 1164:23,
1168:20
**nothing** [3] - 1161:19,
1165:10, 1166:23
**notified** [1] - 1198:21
**novel** [1] - 1197:19
**number** [3] - 1165:16,
1168:7, 1198:24
**Number** [169] - 1160:5,
1177:20, 1177:22,
1177:24, 1178:2,
1178:4, 1178:6,
1178:8, 1178:11,
1178:14, 1178:16,
1178:18, 1178:21,
1179:2, 1179:4,
1179:6, 1179:9,
1179:11, 1179:13,
1179:15, 1179:18,
1179:21, 1179:23,
1179:25, 1180:3,
1180:12, 1180:14,
1180:16, 1180:19,
1180:21, 1180:23,
1180:25, 1181:3,
1181:6, 1181:8,
1181:10, 1181:13,
1181:20, 1181:22,
1181:24, 1182:2,
1182:4, 1182:6,
1182:8, 1182:11,
1182:14, 1182:16,
1182:18, 1182:21,
1183:3, 1183:5,
1183:7, 1183:10,
1183:12, 1183:14,
1183:16, 1183:19,
1183:22, 1183:24,
1184:1, 1184:4,
1184:10, 1184:12,
1184:14, 1184:17,

1184:19, 1184:21,
1184:23, 1185:1,
1185:4, 1185:6,
1185:8, 1185:11,
1185:20, 1185:22,
1185:24, 1186:2,
1186:4, 1186:6,
1186:8, 1186:11,
1186:14, 1186:16,
1186:18, 1186:21,
1187:3, 1187:5,
1187:7, 1187:10,
1187:12, 1187:14,
1187:16, 1187:19,
1187:22, 1187:24,
1188:1, 1188:4,
1188:11, 1188:13,
1188:15, 1188:18,
1188:20, 1188:22,
1188:24, 1189:2,
1189:5, 1189:7,
1189:9, 1189:12,
1189:21, 1189:23,
1189:25, 1190:3,
1190:5, 1190:7,
1190:9, 1190:12,
1190:15, 1190:17,
1190:22, 1190:22,
1191:4, 1191:6,
1191:8, 1191:11,
1191:13, 1191:15,
1191:17, 1191:20,
1191:23, 1191:25,
1192:2, 1192:5,
1192:12, 1192:14,
1192:16, 1192:19,
1192:21, 1192:23,
1192:25, 1193:3,
1193:6, 1193:8,
1193:10, 1193:13,
1193:22, 1193:24,
1194:1, 1194:4,
1194:6, 1194:8,
1194:10, 1194:13,
1194:16, 1194:18,
1194:20, 1194:23,
1195:5, 1195:7,
1195:9, 1195:12,
1195:14, 1195:16,
1195:18, 1195:21,
1195:24, 1196:1,
1196:3, 1196:6
**NUMBER** [168] -
1177:21, 1177:23,
1178:1, 1178:3,
1178:5, 1178:7,
1178:10, 1178:13,
1178:15, 1178:17,
1178:20, 1178:23,
1179:3, 1179:5,
1179:8, 1179:10,

1179:12, 1179:14, 1179:17, 1179:20, 1179:22, 1179:24, 1180:2, 1180:5, 1180:13, 1180:15, 1180:18, 1180:20, 1180:22, 1180:24, 1181:2, 1181:5, 1181:7, 1181:9, 1181:12, 1181:15, 1181:21, 1181:23, 1182:1, 1182:3, 1182:5, 1182:7, 1182:10, 1182:13, 1182:15, 1182:17, 1182:20, 1182:23, 1183:4, 1183:6, 1183:9, 1183:11, 1183:13, 1183:15, 1183:18, 1183:21, 1183:23, 1183:25, 1184:3, 1184:6, 1184:11, 1184:13, 1184:16, 1184:18, 1184:20, 1184:22, 1184:25, 1185:3, 1185:5, 1185:7, 1185:10, 1185:13, 1185:21, 1185:23, 1186:1, 1186:3, 1186:5, 1186:7, 1186:10, 1186:13, 1186:15, 1186:17, 1186:20, 1186:23, 1187:4, 1187:6, 1187:9, 1187:11, 1187:13, 1187:15, 1187:18, 1187:21, 1187:23, 1187:25, 1188:3, 1188:6, 1188:12, 1188:14, 1188:17, 1188:19, 1188:21, 1188:23, 1189:1, 1189:4, 1189:6, 1189:8, 1189:11, 1189:14, 1189:22, 1189:24, 1190:2, 1190:4, 1190:6, 1190:8, 1190:11, 1190:14, 1190:16, 1190:18, 1190:21, 1190:24, 1191:5, 1191:7, 1191:10, 1191:12, 1191:14, 1191:16, 1191:19, 1191:22, 1191:24, 1192:1, 1192:4, 1192:7, 1192:13, 1192:15, 1192:18, 1192:20, 1192:22, 1192:24,

1193:2, 1193:5, 1193:7, 1193:9, 1193:12, 1193:15, 1193:23, 1193:25, 1194:3, 1194:5, 1194:7, 1194:9, 1194:12, 1194:15, 1194:17, 1194:19, 1194:22, 1194:25, 1195:6, 1195:8, 1195:11, 1195:13, 1195:15, 1195:17, 1195:20, 1195:23, 1195:25, 1196:2, 1196:5, 1196:8

## O

**o'clock** [2] - 1159:8, 1172:12
**objection** [1] - 1161:17
**obviously** [2] - 1162:21, 1198:19
**occasion** [1] - 1199:12
**occasions** [1] - 1198:25
**OF** [3] - 1159:1, 1159:4, 1159:10
**once** [3] - 1164:10, 1164:15, 1164:20
**One** [17] - 1174:13, 1174:14, 1177:17, 1177:20, 1179:2, 1180:12, 1181:20, 1183:3, 1184:10, 1185:20, 1187:3, 1188:11, 1189:21, 1191:4, 1192:12, 1193:22, 1195:5
**ONE** [14] - 1177:21, 1179:3, 1180:13, 1181:21, 1183:4, 1184:11, 1185:21, 1187:4, 1188:12, 1189:22, 1191:5, 1192:13, 1193:23, 1195:6
**one** [18] - 1161:6, 1161:8, 1161:9, 1164:15, 1164:16, 1166:4, 1166:6, 1166:18, 1168:24, 1174:23, 1175:16, 1176:10, 1177:1, 1180:8, 1185:16, 1189:17, 1193:18
**open** [2] - 1160:1, 1173:5

**opportunity** [1] - 1164:7, 1199:20
**opposed** [1] - 1164:18
**otherwise** [2] - 1165:7, 1173:1
**outside** [2] - 1160:1, 1173:5
**own** [1] - 1196:25

## P

**p.m** [4] - 1167:13, 1172:22, 1173:21, 1198:3
**pages** [1] - 1161:21
**part** [3] - 1163:19, 1163:23, 1166:10
**particular** [2] - 1162:1, 1164:20
**particularly** [1] - 1197:17
**parties** [2] - 1161:4, 1162:9
**parts** [2] - 1170:20, 1171:1
**pass** [1] - 1163:11
**patriotism** [1] - 1196:23
**Pause** [1] - 1174:8
**pause** [5] - 1162:13, 1162:19, 1162:22, 1163:7, 1163:12
**pausing** [1] - 1163:9
**pendency** [1] - 1161:24
**people** [1] - 1196:25
**perform** [2] - 1196:20, 1197:21
**performed** [1] - 1196:21
**period** [1] - 1198:12
**periods** [1] - 1163:24
**Phil** [1] - 1160:9
**PHILIP** [1] - 1159:15
**Plaintiff** [1] - 1159:5
**plan** [1] - 1198:10
**play** [34] - 1162:2, 1163:9, 1164:5, 1168:18, 1169:2, 1169:11, 1169:14, 1169:17, 1169:21, 1169:23, 1169:25, 1170:3, 1170:6, 1170:9, 1170:12, 1170:18, 1170:20, 1170:21, 1170:22, 1170:24, 1171:1, 1171:5, 1171:7, 1171:11, 1171:12, 1171:13, 1171:16,

1171:18, 1171:21, 1171:22, 1171:24, 1171:25, 1172:3, 1172:4
**played** [26] - 1162:10, 1163:25, 1164:1, 1164:15, 1164:16, 1165:17, 1169:6, 1169:8, 1169:9, 1169:13, 1169:16, 1169:20, 1169:24, 1170:2, 1170:5, 1170:8, 1170:11, 1170:17, 1170:23, 1171:4, 1171:10, 1171:15, 1171:20, 1171:23, 1172:2, 1172:6
**playing** [5] - 1162:14, 1162:16, 1164:12, 1167:25
**Plaza** [1] - 1159:17, 1159:22
**pleased** [1] - 1199:7
**point** [2] - 1165:9, 1171:19
**points** [1] - 1161:2
**poll** [1] - 1177:15
**polled** [2] - 1177:12, 1196:10
**position** [1] - 1167:22
**possessed** [8] - 1174:24, 1175:20, 1176:11, 1177:2, 1180:9, 1185:17, 1189:18, 1193:19
**Possessing** [1] - 1176:8
**possessing** [7] - 1174:21, 1175:17, 1176:24, 1180:6, 1185:14, 1189:15, 1193:16
**possible** [1] - 1167:24
**potentially** [1] - 1162:6
**precise** [1] - 1168:8
**presence** [2] - 1160:1, 1173:5
**present** [4] - 1160:19, 1167:15, 1173:6, 1173:23
**presiding** [1] - 1160:3
**pretrial** [1] - 1199:6
**Probation's** [1] - 1198:20
**Proceedings** [1] - 1159:24
**proceedings** [1] - 1199:2

**process** [2] - 1164:10, 1172:15
**produced** [1] - 1159:25
**progress** [1] - 1199:5
**properly** [2] - 1167:16, 1173:24
**proposal** [5] - 1162:11, 1162:23, 1164:5, 1165:13, 1167:4
**proposed** [2] - 1161:6, 1161:21
**proven** [18] - 1174:23, 1175:4, 1175:9, 1175:19, 1175:25, 1176:10, 1176:16, 1177:1, 1177:7, 1180:8, 1181:17, 1182:25, 1185:17, 1186:25, 1189:18, 1191:1, 1193:19, 1195:2
**provided** [1] - 1173:9
**punctuality** [1] - 1198:1
**putting** [2] - 1196:23, 1196:25

## Q

**qualification** [1] - 1166:8
**questions** [1] - 1174:9

## R

**raise** [1] - 1161:3
**rather** [1] - 1199:3
**re** [1] - 1163:2
**re-cue** [1] - 1163:2
**reach** [1] - 1198:20
**reached** [3] - 1174:5, 1197:10, 1197:11
**read** [2] - 1166:10, 1173:10
**ready** [7] - 1165:7, 1165:9, 1167:1, 1167:5, 1167:25, 1168:18, 1172:23
**real** [1] - 1168:16
**really** [2] - 1161:19, 1164:9
**reasonable** [18] - 1174:24, 1175:4, 1175:9, 1175:20, 1175:25, 1176:11, 1176:16, 1177:2, 1177:7, 1180:9, 1181:17, 1182:25,

1185:17, 1186:25, 1189:18, 1191:1, 1193:19, 1195:2
**received** [1] - 1173:15
**recess** [1] - 1173:3
**record** [3] - 1173:10, 1198:19, 1198:23
**recorded** [1] - 1159:24
**redactions** [2] - 1161:21, 1161:22
**refer** [2] - 1162:4, 1166:12
**reflect** [2] - 1198:19, 1198:23
**regard** [1] - 1162:2
**regards** [5] - 1161:1, 1161:18, 1161:20, 1162:1, 1166:5
**related** [1] - 1162:4
**relating** [2] - 1161:12, 1162:10
**relation** [18] - 1174:25, 1175:5, 1175:10, 1175:21, 1176:1, 1176:12, 1176:17, 1177:3, 1177:8, 1180:10, 1181:18, 1183:1, 1185:18, 1187:1, 1189:19, 1191:2, 1193:20, 1195:3
**relevant** [1] - 1166:7
**repeating** [1] - 1197:4
**replayed** [1] - 1168:11
**replays** [1] - 1168:8
**Reporter** [1] - 1159:22
**request** [3] - 1163:14, 1166:5, 1168:8
**requests** [2] - 1160:24, 1161:1
**reserved** [1] - 1198:5
**respect** [3] - 1168:12, 1168:14, 1177:13
**return** [3] - 1167:24, 1168:5, 1174:10
**returns** [1] - 1172:24
**RICHARD** [1] - 1159:14
**Robbery** [1] - 1176:20
**robbery** [6] - 1174:13, 1174:17, 1175:13, 1176:4, 1188:7, 1192:8
**room** [7] - 1163:13, 1164:25, 1165:5, 1167:24, 1168:5, 1172:11, 1197:13
**rough** [1] - 1199:1
**Rule** [2] - 1198:5, 1198:11

**rule** [2] - 1196:24, 1197:1
**rules** [1] - 1197:4
**running** [2] - 1165:25, 1169:3

## S

**S-9** [4] - 1166:8, 1166:13, 1166:22, 1168:13
**sacrifice** [1] - 1172:20
**satisfying** [1] - 1160:24
**save** [1] - 1168:9
**seated** [4] - 1167:14, 1167:16, 1173:22, 1173:24
**second** [10] - 1162:19, 1162:20, 1163:7, 1169:23, 1170:19, 1170:25, 1171:6, 1171:13, 1171:22, 1171:25
**secondly** [1] - 1168:16
**seconds** [33] - 1165:25, 1166:1, 1169:7, 1169:8, 1169:12, 1169:15, 1169:18, 1169:19, 1169:22, 1170:1, 1170:4, 1170:7, 1170:10, 1170:13, 1170:14, 1170:15, 1170:21, 1170:22, 1171:2, 1171:3, 1171:7, 1171:8, 1171:9, 1171:13, 1171:17, 1171:18, 1172:4
**see** [11] - 1163:16, 1164:10, 1164:19, 1165:1, 1165:2, 1168:6, 1168:11, 1172:20, 1197:24, 1198:2, 1199:12
**seem** [1] - 1172:15
**segment** [1] - 1171:8
**Selden** [2] - 1160:10, 1164:22
**SELDEN** [26] - 1159:15, 1160:8, 1160:25, 1161:11, 1163:3, 1163:19, 1163:22, 1164:13, 1164:17, 1165:11, 1165:16, 1165:23, 1166:4, 1166:11, 1166:19, 1167:4, 1167:7, 1167:12,

1167:17, 1172:25, 1173:25, 1196:14, 1198:8, 1199:13, 1199:18, 1199:21
**send** [1] - 1164:7
**sending** [3] - 1161:17, 1167:23, 1172:16
**sends** [1] - 1161:8
**sent** [1] - 1166:16
**service** [4] - 1196:18, 1196:20, 1197:16, 1197:21
**services** [1] - 1197:3
**set** [2] - 1164:2, 1164:4
**seven** [2] - 1198:12, 1198:13
**Seven** [16] - 1176:8, 1178:8, 1179:15, 1180:25, 1182:8, 1183:16, 1184:23, 1186:8, 1187:16, 1188:24, 1189:15, 1190:9, 1191:17, 1192:25, 1194:10, 1195:18
**SEVEN** [14] - 1178:10, 1179:17, 1181:2, 1182:10, 1183:18, 1184:25, 1186:10, 1187:18, 1189:1, 1190:11, 1191:19, 1193:2, 1194:12, 1195:20
**several** [3] - 1160:25, 1163:25, 1164:1
**sheet** [4] - 1173:18, 1173:19, 1174:6, 1174:11
**shortly** [2] - 1161:23, 1167:8
**show** [1] - 1164:12
**showing** [1] - 1168:9
**side** [4] - 1161:19, 1177:12, 1196:12, 1198:6
**sides** [4] - 1160:19, 1161:21, 1173:6, 1199:9
**SIEGEL** [25] - 1159:16, 1165:21, 1166:3, 1166:12, 1166:15, 1168:25, 1169:7, 1169:10, 1169:14, 1169:17, 1169:21, 1169:25, 1170:3, 1170:6, 1170:9, 1170:12, 1170:18, 1170:24, 1171:5, 1171:11,

1171:16, 1171:21, 1171:24, 1172:3, 1172:7
**Siegel** [8] - 1160:11, 1165:13, 1165:20, 1166:2, 1166:10, 1168:24, 1169:4, 1172:9
**significant** [1] - 1164:3
**Six** [22] - 1176:4, 1176:5, 1176:13, 1176:18, 1178:6, 1179:13, 1180:23, 1182:6, 1183:14, 1184:21, 1186:6, 1187:14, 1188:7, 1188:8, 1189:20, 1190:7, 1191:3, 1191:15, 1192:23, 1194:8, 1195:16
**SIX** [14] - 1178:7, 1179:14, 1180:24, 1182:7, 1183:15, 1184:22, 1186:7, 1187:15, 1188:23, 1190:8, 1191:16, 1192:24, 1194:9, 1195:17
**smoothly** [1] - 1168:21
**snuff** [1] - 1167:23
**society** [1] - 1197:18
**sometimes** [1] - 1197:9
**soon** [2] - 1167:24, 1172:17
**sort** [4] - 1162:7, 1163:13, 1168:2, 1197:20
**specific** [1] - 1165:1
**specify** [1] - 1164:19
**stand** [1] - 1174:12
**start** [4] - 1169:18, 1169:23, 1170:14, 1171:18
**starting** [2] - 1162:5, 1162:15
**starts** [1] - 1199:1
**STATES** [3] - 1159:1, 1159:4, 1159:11
**States** [7] - 1159:5, 1159:15, 1159:17, 1160:9, 1160:11
**statutory** [1] - 1198:12
**stay** [2] - 1173:1, 1197:12
**stayed** [1] - 1199:15
**steady** [1] - 1199:5

**Stein** [1] - 1160:14
**STEIN** [10] - 1159:19, 1160:14, 1164:18, 1167:19, 1174:2, 1177:14, 1196:16, 1198:10, 1198:17, 1198:22
**stenography** [1] - 1159:24
**stipulate** [2] - 1167:15, 1173:23
**stipulation** [3] - 1166:10, 1168:13, 1168:14
**stop** [2] - 1170:15, 1171:19
**stopped** [19] - 1169:6, 1169:9, 1169:13, 1169:16, 1169:20, 1169:24, 1170:2, 1170:5, 1170:8, 1170:11, 1170:17, 1170:23, 1171:4, 1171:10, 1171:15, 1171:20, 1171:23, 1172:2, 1172:6
**submit** [1] - 1198:10
**subtractions** [1] - 1161:5
**summon** [1] - 1173:13
**supports** [1] - 1197:1
**suspenders** [1] - 1164:22

## T

**table** [1] - 1160:10
**tape** [1] - 1168:10
**tapes** [4] - 1167:25, 1168:9, 1168:10, 1168:14
**tasked** [1] - 1168:24
**Ten** [14] - 1178:16, 1179:23, 1181:8, 1182:16, 1183:24, 1185:6, 1186:16, 1187:24, 1189:7, 1190:17, 1191:25, 1193:8, 1194:18, 1196:1
**ten** [1] - 1170:7
**TEN** [14] - 1178:17, 1179:24, 1181:9, 1182:17, 1183:25, 1185:7, 1186:17, 1187:25, 1189:8, 1190:18, 1192:1, 1193:9, 1194:19, 1196:2
**tends** [1] - 1168:22

**terms** [1] - 1161:25
**testimony** [1] - 1163:24
**THE** [252] - 1159:11, 1160:2, 1160:13, 1160:17, 1160:19, 1160:21, 1160:22, 1160:23, 1161:9, 1163:1, 1163:18, 1163:20, 1164:11, 1164:14, 1164:21, 1165:6, 1165:7, 1165:10, 1165:15, 1165:18, 1165:22, 1165:24, 1166:9, 1166:14, 1166:16, 1166:25, 1167:2, 1167:5, 1167:11, 1167:14, 1167:20, 1169:3, 1172:9, 1172:23, 1173:1, 1173:6, 1173:8, 1173:11, 1173:13, 1173:17, 1173:19, 1173:22, 1174:3, 1174:9, 1174:12, 1174:16, 1174:17, 1174:20, 1174:21, 1175:2, 1175:3, 1175:7, 1175:8, 1175:12, 1175:13, 1175:16, 1175:17, 1175:23, 1175:24, 1176:3, 1176:4, 1176:7, 1176:8, 1176:14, 1176:15, 1176:19, 1176:20, 1176:23, 1176:24, 1177:5, 1177:6, 1177:10, 1177:11, 1177:12, 1177:15, 1177:17, 1177:22, 1177:24, 1178:2, 1178:4, 1178:6, 1178:8, 1178:11, 1178:14, 1178:16, 1178:18, 1178:21, 1178:24, 1179:4, 1179:6, 1179:9, 1179:11, 1179:13, 1179:15, 1179:18, 1179:21, 1179:23, 1179:25, 1180:3, 1180:6, 1180:14, 1180:16, 1180:19, 1180:21, 1180:23, 1180:25, 1181:3, 1181:6, 1181:8, 1181:10, 1181:13, 1181:16, 1181:22, 1181:24, 1182:2,

1182:4, 1182:6, 1182:8, 1182:11, 1182:14, 1182:16, 1182:18, 1182:21, 1182:24, 1183:5, 1183:7, 1183:10, 1183:12, 1183:14, 1183:16, 1183:19, 1183:22, 1183:24, 1184:1, 1184:4, 1184:7, 1184:12, 1184:14, 1184:17, 1184:19, 1184:21, 1184:23, 1185:1, 1185:4, 1185:6, 1185:8, 1185:11, 1185:14, 1185:22, 1185:24, 1186:2, 1186:4, 1186:6, 1186:8, 1186:11, 1186:14, 1186:16, 1186:18, 1186:21, 1186:24, 1187:5, 1187:7, 1187:10, 1187:12, 1187:14, 1187:16, 1187:19, 1187:22, 1187:24, 1188:1, 1188:4, 1188:7, 1188:13, 1188:15, 1188:18, 1188:20, 1188:22, 1188:24, 1189:2, 1189:5, 1189:7, 1189:9, 1189:12, 1189:15, 1189:23, 1189:25, 1190:3, 1190:5, 1190:7, 1190:9, 1190:12, 1190:15, 1190:17, 1190:19, 1190:22, 1190:25, 1191:6, 1191:8, 1191:11, 1191:13, 1191:15, 1191:17, 1191:20, 1191:23, 1191:25, 1192:2, 1192:5, 1192:8, 1192:14, 1192:16, 1192:19, 1192:21, 1192:23, 1192:25, 1193:3, 1193:6, 1193:8, 1193:10, 1193:13, 1193:16, 1193:24, 1194:1, 1194:4, 1194:6, 1194:8, 1194:10, 1194:13, 1194:16, 1194:18, 1194:20, 1194:23, 1195:1, 1195:7, 1195:9, 1195:12, 1195:14, 1195:16,

1195:18, 1195:21, 1195:24, 1196:1, 1196:3, 1196:6, 1196:9, 1196:11, 1196:17, 1198:4, 1198:15, 1198:18, 1198:23, 1199:14, 1199:20
**thereafter** [1] - 1167:8
**they've** [1] - 1173:8
**thirty** [1] - 1198:17
**Three** [15] - 1177:24, 1179:6, 1180:6, 1180:16, 1181:24, 1183:7, 1184:14, 1185:24, 1187:7, 1188:15, 1189:25, 1191:8, 1192:16, 1194:1, 1195:9
**three** [5] - 1161:21, 1164:6, 1164:12, 1164:16, 1175:8
**THREE** [14] - 1178:1, 1179:8, 1180:18, 1182:1, 1183:9, 1184:16, 1186:1, 1187:9, 1188:17, 1190:2, 1191:10, 1192:18, 1194:3, 1195:11
**throughout** [1] - 1197:5
**touch** [1] - 1173:1
**transcript** [7] - 1159:24, 1161:6, 1161:7, 1161:14, 1161:20, 1167:9, 1172:23
**TRANSCRIPT** [1] - 1159:10
**transcription** [1] - 1159:25
**transcripts** [3] - 1167:2, 1167:23, 1172:17
**TRIAL** [1] - 1159:10
**trial** [4] - 1160:5, 1197:5, 1197:7, 1199:6
**tried** [1] - 1199:11
**try** [1] - 1168:7
**turn** [1] - 1160:23
**Twelve** [14] - 1178:21, 1180:3, 1181:13, 1182:21, 1184:4, 1185:11, 1186:21, 1188:4, 1189:12, 1190:22, 1192:5, 1193:13, 1194:23, 1196:6

**TWELVE** [14] - 1178:23, 1180:5, 1181:15, 1182:23, 1184:6, 1185:13, 1186:23, 1188:6, 1189:14, 1190:24, 1192:7, 1193:15, 1194:25, 1196:8
**two** [9] - 1167:8, 1170:20, 1171:1, 1175:24, 1176:15, 1177:6, 1181:16, 1190:25, 1195:1
**Two** [24] - 1174:17, 1174:18, 1175:1, 1175:6, 1175:11, 1177:22, 1178:24, 1179:4, 1180:11, 1180:14, 1181:19, 1181:22, 1183:2, 1183:5, 1184:12, 1185:22, 1186:24, 1187:5, 1188:13, 1189:23, 1191:6, 1192:14, 1193:24, 1195:7
**TWO** [14] - 1177:23, 1179:5, 1180:15, 1181:23, 1183:6, 1184:13, 1185:23, 1187:6, 1188:14, 1189:24, 1191:7, 1192:15, 1193:25, 1195:8
**typically** [1] - 1161:7

---

**U**

**undefined** [1] - 1197:20
**under** [2] - 1198:5, 1198:11
**unfold** [1] - 1199:10
**unfortunately** [1] - 1199:2
**uniform** [1] - 1196:23
**UNITED** [3] - 1159:1, 1159:4, 1159:11
**United** [7] - 1159:5, 1159:15, 1159:17, 1160:9, 1160:10, 1160:11
**unknown** [1] - 1197:18
**unpredictable** [1] - 1197:20
**up** [4] - 1162:1, 1162:17, 1167:23, 1197:13
**updating** [1] - 1161:22

**USA** [1] - 1160:4

---

**V**

**verdict** [185] - 1173:3, 1173:12, 1173:14, 1173:17, 1173:18, 1173:19, 1174:5, 1174:6, 1174:11, 1177:19, 1177:20, 1177:22, 1177:25, 1178:2, 1178:4, 1178:6, 1178:9, 1178:12, 1178:14, 1178:16, 1178:19, 1178:22, 1179:1, 1179:2, 1179:4, 1179:7, 1179:9, 1179:11, 1179:13, 1179:16, 1179:19, 1179:21, 1179:23, 1180:1, 1180:4, 1180:11, 1180:12, 1180:14, 1180:17, 1180:19, 1180:21, 1180:23, 1181:1, 1181:4, 1181:6, 1181:8, 1181:11, 1181:14, 1181:19, 1181:20, 1181:22, 1181:25, 1182:2, 1182:4, 1182:6, 1182:9, 1182:12, 1182:14, 1182:16, 1182:19, 1182:22, 1183:3, 1183:5, 1183:8, 1183:10, 1183:12, 1183:14, 1183:17, 1183:20, 1183:22, 1183:24, 1184:2, 1184:5, 1184:9, 1184:10, 1184:12, 1184:15, 1184:17, 1184:19, 1184:21, 1184:24, 1185:2, 1185:4, 1185:6, 1185:9, 1185:12, 1185:20, 1185:22, 1185:25, 1186:2, 1186:4, 1186:6, 1186:9, 1186:12, 1186:14, 1186:16, 1186:19, 1186:22, 1187:3, 1187:5, 1187:8, 1187:10, 1187:12, 1187:14, 1187:17, 1187:20, 1187:22, 1187:24, 1188:2, 1188:5, 1188:9, 1188:11, 1188:13,

1188:16, 1188:18, 1188:20, 1188:22, 1188:25, 1189:3, 1189:5, 1189:7, 1189:10, 1189:13, 1189:21, 1189:23, 1190:1, 1190:3, 1190:5, 1190:7, 1190:10, 1190:13, 1190:15, 1190:17, 1190:20, 1190:23, 1191:4, 1191:6, 1191:9, 1191:11, 1191:13, 1191:15, 1191:18, 1191:21, 1191:23, 1191:25, 1192:3, 1192:6, 1192:10, 1192:12, 1192:14, 1192:17, 1192:19, 1192:21, 1192:23, 1193:1, 1193:4, 1193:6, 1193:8, 1193:11, 1193:14, 1193:22, 1193:24, 1194:2, 1194:4, 1194:6, 1194:8, 1194:11, 1194:14, 1194:16, 1194:18, 1194:21, 1194:24, 1195:5, 1195:7, 1195:10, 1195:12, 1195:14, 1195:16, 1195:19, 1195:22, 1195:24, 1196:1, 1196:4, 1196:7

**Video** [14] - 1169:6, 1169:16, 1170:5, 1170:8, 1170:23, 1171:4, 1171:10, 1171:15, 1171:20, 1171:23, 1172:6

**video** [55] - 1162:6, 1162:13, 1163:2, 1163:4, 1163:5, 1163:6, 1163:7, 1164:6, 1164:9, 1164:15, 1164:19, 1164:20, 1165:2, 1165:12, 1165:14, 1169:2, 1169:9, 1169:13, 1169:16, 1169:19, 1169:20, 1169:23, 1169:24, 1170:2, 1170:5, 1170:8, 1170:11, 1170:14, 1170:16, 1170:17, 1170:20, 1170:23, 1171:1, 1171:4, 1171:7, 1171:13, 1171:15,

1171:20, 1171:22, 1171:23, 1171:25, 1172:1, 1172:2, 1172:5

**videos** [16] - 1161:24, 1161:25, 1162:1, 1162:2, 1162:3, 1162:10, 1163:9, 1163:10, 1163:15, 1163:25, 1164:6, 1164:11, 1165:1, 1172:8, 1172:11

**videotapes** [2] - 1168:5, 1168:18

**view** [1] - 1165:9

**violence** [8] - 1174:22, 1175:18, 1176:9, 1176:25, 1180:7, 1185:15, 1189:16, 1193:17

**VITALIANO** [1] - 1159:11

**Vitaliano** [1] - 1160:2

## W

**wait** [1] - 1173:2

**waive** [1] - 1199:23

**walking** [1] - 1167:8

**wants** [1] - 1199:16

**war** [1] - 1196:24

**watch** [5] - 1162:6, 1162:9, 1162:18, 1163:4, 1164:8

**watching** [1] - 1161:24

**William** [5] - 1165:3, 1166:25, 1168:19, 1172:24, 1173:1

**wise** [1] - 1166:24

**wish** [3] - 1177:12, 1197:24, 1198:21

**works** [1] - 1161:9

**write** [3] - 1163:1, 1163:18, 1164:23

**written** [1] - 1198:11

## Y

**yesterday** [2] - 1166:17, 1172:16

**YORK** [1] - 1159:1

**York** [3] - 1159:6, 1159:18, 1159:23