# GARY A. FARRELL, ESQ.
### ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (212) 822-1434 · FAX: (212) 822-1472
garyfesq@aol.com
GaryFarrelllaw.com

March 20, 2020

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
Via ECF

RE: United States v. Elgin Brack
Docket # 18-CR-684 (ENV)

Dear Judge Vitaliano:

I was assigned on December 5, 2019, by you to assist Joel Stein as this case was set for trial on March 2, 2020. The trial lasted nearly two full weeks before a jury convicted the defendant on all counts. I assisted my co-counsel and advocated for the defendant to the best of my abilities.

Now that the trial has concluded, I respectfully request to be relieved. My co-counsel, Joel Stein, who has been on this case for more than one year, is more than capable of handling any post-trial motions, sentencing litigation and an appeal going forward. In fact, he is much better suited to handle these issues than I am as he did such extensive and effective pre-trial motion practice. I have discussed this application with Mr. Stein and he stated he understands my position and does not object to it.

Thank you in advance for your consideration.

Sincerely,

Gary Farrell

cc: Joel Stein, Esq.
    All Counsel for the Government via ECF